IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Ryan Wallace Zimmerman,

       Plaintiff,

v.                                                                       No. 1:16-cv-00013-KBJ

Al Jazeera America, LLC, et al.,

       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF WITHDRAWAL

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6(b), please withdraw the appearance of Robert Corn-Revere, Constance M. Pendleton, Lisa B. Zycherman, and the law firm of Davis Wright Tremaine LLP as counsel of record for Defendant Liam J. Collins in the above-captioned action.

As indicated by Defendant's signature below, Defendant consents to this withdrawal. Defendant is currently represented by counsel other than the withdrawing attorneys, and there is no trial date set in this matter.

Dated:   April 8, 2016                          Respectfully submitted,

                                                             DAVIS WRIGHT TREMAINE LLP

                                                             By:   /s/ Robert Corn-Revere
                                                             Robert Corn-Revere (Bar No. 375415)
                                                             Constance M. Pendleton (Bar No. 456919)
                                                             Lisa B. Zycherman (Bar No. 495277)
                                                             1919 Pennsylvania Avenue, NW, Suite 800
                                                             Washington, DC 20006
                                                             Telephone: (202) 973-4200
                                                             Facsimile: (202) 973-4499
                                                             bobcornrevere@dwt.com

conniependleton@dwt.com
lisazycherman@dwt.com

LIAM JAMES COLLINS

By _____/s/_____

_____

**CERTIFICATE OF SERVICE**

I certify that on April 8, 2016, I filed this document with the Clerk of Court using CM/ECF, which will serve this document on all counsel of record.

/s/Robert Corn-Revere
Robert Corn-Revere
