# APPENDIX A

**Professional Athletes Who First Denied Use of Performance Enhancing Substances and Later Admitted Use**

| Professional Athlete | Sport | Initial Denial | | | Subsequent Admission | | |
|---|---|---|---|---|---|---|---|
| | | Date | Source | Available at | Date | Source | Available at |
| Rolf Aldag | Cycling | Denied numerous times. | Spiegel | http://www.spiegel.de/international/germany/yet-another-cycling-confession-tour-de-france-victor-riis-admits-to-doping-a-485101.html | 5/24/2007 | Spiegel | http://www.spiegel.de/international/germany/yet-another-cycling-confession-tour-de-france-victor-riis-admits-to-doping-a-485101.html |
| Lyle Alzado | NFL | Denied throughout the course of career. | ESPN Classic | http://espn.go.com/classic/biography/s/Alzado_Lyle.html | Jul-91 | ESPN Classic | http://espn.go.com/classic/biography/s/Alzado_Lyle.html |
| Lance Armstrong | Cycling | Repeated denials from July 1999-June 2012. | The Guardian | http://www.theguardian.com/sport/2013/jan/18/lance-armstrong-doping-denials-quotes | 1/17/2013 | CNN | http://www.cnn.com/2013/01/17/sport/armstrong-doping/ |
| Barry Bonds | Baseball | 2003 | Fox Sports | http://www.foxsports.com/mlb/story/Barry-Bonds-perjury-trial-begins-032111 | 3/21/2011 | Fox Sports | http://www.foxsports.com/mlb/story/Barry-Bonds-perjury-trial-begins-032111 |

| Professional Athlete | Sport | Initial Denial | | | Subsequent Admission | | |
|---|---|---|---|---|---|---|---|
| | | Date | Source | Available at | Date | Source | Available at |
| Michael Boogerd | Cycling | Denied doping throughout career. | Cycling News | http://www.cyclingnews.com/news/boogerd-given-two-year-suspension-for-doping/ | 3/6/2013 | Cycling News | http://www.cyclingnews.com/news/boogerd-given-two-year-suspension-for-doping/ |
| Ryan Braun | Baseball | 2/23/2012 (2/23/13- arbitration board throws out 50-game suspension- first successful appeal.) (7/22/13- Suspended without pay for 2013 season for violating drug policy.) | Yahoo News | http://news.yahoo.com/ryan-braun-finally-admits-drug-2011-232835926.html | 8/23/2013 | Yahoo News | http://news.yahoo.com/ryan-braun-finally-admits-drug-2011-232835926.html |
| Jose Canseco | Baseball | 1988, 1995 | CBS | http://www.cbsnews.com/news/steroid-user-canseco-names-names/ | 2/10/2005 | CBS News | http://www.cbsnews.com/news/steroid-user-canseco-names-names/ |

| Professional Athlete | Sport | Initial Denial | | | Subsequent Admission | | |
|---|---|---|---|---|---|---|---|
| | | Date | Source | Available at | Date | Source | Available at |
| Michelle Collins | Track and Field | 5/29/2007 | ESPN | http://espn.go.com/espn/wire?section=trackandfield&id=2063999 | 5/20/2007 | Steroid Nation | http://grg51.typepad.com/steroid_nation/2007/05/michelle_collin.html |
| Crystal Cox | Track and Field | 11/9/2010 | Isteroids | http://www.isteroids.com/blog/tag/crystal-cox/ | 1/29/2010 | ESPN | http://espn.go.com/espn/print?id=4870099&type=story |
| Justin Gatlin (Tested Positive-denies knowingly using testosterone cream.) | Track and Field | 5/30/2015 | The Telegraph | http://www.telegraph.co.uk/sport/othersports/athletics/11640558/Justin-Gatlin-reacts-angrily-to-claims-he-is-still-being-boosted-by-illegal-drugs.html | 8/22/2006 | CNN | http://www.cnn.com/2013/06/06/us/performance-enhancing-drugs-in-sports-fast-facts/ |
| Jason Giambi | Baseball | 7/7/2002 | USA Today | http://usatoday30.usatoday.com/sports/baseball/stories/2002-07-08-steroids-acov.htm | 12/11/2003 | SFGate | http://www.sfgate.com/sports/article/Giambi-admitted-taking-steroids-2631890.php |
| Bo Hamburger | Cycling | Denied throughout career. | NY Times | http://www.nytimes.com/2007/11/07/sports/07iht-doping7.8233881.html | 11/7/2007 | NY Times | http://www.nytimes.com/2007/11/07/sports/07iht-doping7.8233881.html |

| Professional Athlete | Sport | Initial Denial | | | Subsequent Admission | | |
|---|---|---|---|---|---|---|---|
| | | Date | Source | Available at | Date | Source | Available at |
| Tyler Hamilton | Cycling | 9/23/2004 | Cycling News | http://autobus.cyclingnews.com/news.php?id=news/2004/sep04/sep23news3 | 5/20/2011 | WSJ | http://www.wsj.com/video/tyler-hamilton-admits-doping-accuses-armstrong/A3E3B5C4-5FB0-4CF7-8C5D-A6130DE508CF.html |
| Marion Jones | Track and Field | 11/4/2003 | Wired Sports | http://www.3wiresports.com/2010/11/01/the-truth-marion-jones-is-a-liar/ | 10/5/07 (Pleads guilty to lying about use to federal authorities.) | CBS News | http://www.cbsnews.com/news/marion-jones-pleads-guilty-to-doping/ |
| Floyd Landis | Cycling | Insisted he was innocent for years, wrote a book about his innocence. 5/20/2010. | NY Times | http://www.nytimes.com/2010/05/21/sports/cycling/21landis.html | 5/21/2010 | ESPN | http://espn.go.com/figure-skating/cycling/news/story?id=5203604 |
| Mark McGuire | Baseball | 2/16/2005 | The Telegraph | http://www.telegraph.co.uk/sport/othersports/baseball/2355394/American-View-McGwire-denies-steroids-link.html | 1/12/2010 | ESPN | http://espn.go.com/mlb/news/story?id=4816607 |
| Tim Montgomery | Track and Field | 6/24/2004 | MLB.com | http://mlb.mlb.com/content/printer_friendly/mlb/y2004/m06/d24/c779131.jsp | 11/27/2009 | ESPN | http://espn.go.com/figure-skating/news/story?id=4693099 |

| Professional Athlete | Sport | Initial Denial | | | Subsequent Admission | | |
|---|---|---|---|---|---|---|---|
| | | Date | Source | Available at | Date | Source | Available at |
| Shane Mosley (Unknowingly took steroids provided by BALCO.) | Boxing | Always denied. | NY Daily News | http://www.nydailynews.com/sports/more-sports/shane-mosley-admits-balco-steroids-article-1.247541 | Dec-03 | CNN | http://www.nydailynews.com/sports/more-sports/shane-mosley-admits-balco-steroids-article-1.247541 |
| Stuart O'Grady | Cycling | Denied ever doping. | Velo Nation | http://www.velonation.com/news/id/16110/ogrady-says-he-only-doped-once-i-am-happy-for-all-my-tests-ever-taken-after-1998-to-be-re-tested.aspx | 7/24/2013 | Velo Nation | http://www.velonation.com/News/ID/15082/OGrady-admits-EPO-use-in-1998-Tour-claims-he-never-used-substance-again.aspx |
| Andy Pettitte | Baseball | 10/1/2006 | NY Times | http://www.nytimes.com/2007/12/16/sports/baseball/16pettitte.html?_r=0 | 12/16/2007 | NY Times | http://www.nytimes.com/2007/12/16/sports/baseball/16pettitte.html?_r=0 |
| Bjarne Riis | Cycling | Denied previously. | Reuters | http://uk.reuters.com/article/uk-cycling-doping-riis-idUKL2569444420070525 | 5/25/2007 | Reuters | http://uk.reuters.com/article/uk-cycling-doping-riis-idUKL2569444420070525 |
| Alex Rodriguez | Baseball | 12/31/2004 | CBS News | http://www.cbsnews.com/news/a-rod-ive-never-used-steroids/ | 11/6/2014 | ESPN | http://espn.go.com/new-york/mlb/story/_/id/11825652/alex-rodriguez-new-york-yankees-admitted-dea-used-peds |
| Stefan Schumacher | Cycling | Denied for years. | Spiegel | http://www.spiegel.de/international/germany/german-cyclist-stefan-schumacher-admits-doping-a-891695.html | 3/29/2013 | Spiegel | http://www.spiegel.de/international/germany/german-cyclist-stefan-schumacher-admits-doping-a-891695.html |

| Professional Athlete | Sport | Initial Denial | | | Subsequent Admission | | |
|---|---|---|---|---|---|---|---|
| | | Date | Source | Available at | Date | Source | Available at |
| Gary Sheffield (Denied knowingly taking drugs.) | Baseball | 2/20/2004 | NY Times | http://www.nytimes.com/2004/02/20/sports/baseball-after-being-linked-to-balco-sheffield-denies-steroid-use.html | 10/11/2004 | CNN; LA Times | http://www.cnn.com/2013/06/06/us/performance-enhancing-drugs-in-sports-fast-facts/; http://articles.latimes.com/2004/oct/06/sports/sp-balco6 |
| Rolf Sorensen | Cycling | Denied since retiring in 2002. | Cycling News | http://www.cyclingnews.com/news/holm-on-sorensens-doping-admission-and-the-danish-coffee-club/ | 3/29/2013 | Cycling News | http://www.cyclingnews.com/news/holm-on-sorensens-doping-admission-and-the-danish-coffee-club/ |
| Jan Ullrich | Cycling | 2/1/2007 | Velo News | http://velonews.competitor.com/2013/06/news/jan-ullrich-finally-admits-to-using-treatment-says-it-was-to-level-playing-field_291690 | 1/22/2013 | Velo News | http://velonews.competitor.com/2013/06/news/jan-ullrich-finally-admits-to-using-treatment-says-it-was-to-level-playing-field_291690 |
| Richard Virenque | Cycling | Denied for years. | Irish Times | http://www.irishtimes.com/sport/virenque-finally-admits-to-taking-banned-drugs-1.1112046 | 10/25/2000 | Irish Times | http://www.irishtimes.com/sport/virenque-finally-admits-to-taking-banned-drugs-1.1112046 |
| Kelli White | Track and Field | Aug-03 | San Diego Tribune | http://www.sandiegouniontribune.com/uniontrib/20040520/news_1s20drugs.html | 5/20/2004 | San Diego Tribune | http://www.sandiegouniontribune.com/uniontrib/20040520/news_1s20drugs.html |

| Professional Athlete | Sport | Initial Denial | | | Subsequent Admission | | |
|---|---|---|---|---|---|---|---|
| | | Date | Source | Available at | Date | Source | Available at |
| Eric Zabel | Cycling | Denied numerous times. | Spiegel | http://www.spiegel.de/international/germany/yet-another-cycling-confession-tour-de-france-victor-riis-admits-to-doping-a-485101.html | 5/25/2007 | Spiegel | http://www.spiegel.de/international/germany/yet-another-cycling-confession-tour-de-france-victor-riis-admits-to-doping-a-485101.html |