IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN WALLACE ZIMMERMAN,<br><br>    Plaintiff,<br><br>v.<br><br>AL JAZEERA AMERICA, LLC, *et al.*,<br><br>    Defendants. | Case No. 1:16-cv-13-KBJ |
| RYAN JAMES HOWARD,<br><br>    Plaintiff,<br><br>v.<br><br>AL JAZEERA AMERICA, LLC, *et al.*,<br><br>    Defendants. | Case No. 1:16-cv-14-KBJ |

**RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

On September 26, 2016, Plaintiffs filed a Notice of Supplemental Authority, attaching *Eramo v. Rolling Stone, LLC*, No. 3:15-CV-00023, --- F. Supp. 3d ----, 2016 WL 5234688 (W.D. Va. Sept. 1, 2016).  Thereafter, Defendants Al Jazeera America, LLC, Al Jazeera Media Network, Al Jazeera International (USA) Inc., and Deborah Davies (together, the "Al Jazeera Defendants") filed their response to that submission.

Defendant Liam Collins agrees with the Al Jazeera Defendants that this Court should give the *Eramo* decision no weight in adjudicating the pending motions to dismiss.  In particular, Collins notes that *Eramo* does not address his independent arguments based on his undisputed status as an independent contractor, namely, whether Plaintiffs (i) adequately pleaded that

Collins published the challenged documentary or article, or (ii) adequately pleaded that he did so with actual malice.

| | |
|---|---|
| Dated:  September 29, 2016 | Respectfully submitted, |

LEVINE SULLIVAN KOCH & SCHULZ, LLP

By:   /s/ Jay Ward Brown
      Jay Ward Brown, Bar No. 14947
      Matthew L. Schafer, Bar No. 13442

1899 L Street NW, Suite 200
Washington, DC 20036
Tel: (202) 508-1100
Fax: (202) 861-9888
jbrown@lskslaw.com
mschafer@lskslaw.com

*Attorneys for Defendant Liam James Collins*