UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN W. ZIMMERMAN, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>AL JAZEERA AMERICA, LLC, *et al.*,<br><br>    Defendants. | Case Nos. 1:16-cv-13-KBJ<br><br>1:16-cv-14-KBJ |

## JOINT STATUS REPORT

Plaintiffs Ryan Zimmerman and Ryan Howard ("Plaintiffs"), together with Defendants Al Jazeera America, LLC ("AJA"), Al Jazeera Media Network ("AJMN"), Al Jazeera International (USA), Inc. ("AJI"), and Deborah Davies ("Davies") (collectively, the "Defendants") (Defendants and Plaintiffs, collectively, the "Parties"), respectfully submit this Joint Status Report to update the Court on the Parties' settlement discussions, as the Parties promised to do in their June 28, 2017 Status Report. Since that last Report, the Parties have continued their settlement discussions. Due to the recent cyber-attack against DLA Piper, the completion of Ramadan, and the intervening Fourth of July holiday, settlement discussions have progressed more slowly than anticipated. Discussions remain ongoing and the Parties will report back to the Court by Friday, July 14, 2017 to provide a further update on the status of those discussions.

Dated: July 7, 2017.

/s/ *William A. Burck*
William A. Burck (#979677)
Scott E. Lerner (#1024964)
Quinn Emanuel Urquhart & Sullivan, LLP

1

777 6th Street NW, 11th Floor
Washington, DC 20001
Telephone: (202) 538-8000
Fax: (202) 538-8100
William.burck@quinnemanuel.com
Scott.lerner@quinnemanuel.com

Robert L. Raskopf (admitted pro hac vice)
Kevin S. Reed (admitted pro hac vice)
Ellyde R. Thompson (admitted pro hac vice)
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Fax: (202) 849-7100
robert.raskopf@quinnemanuel.com
kevinreed@quinnemanuel.com
ellydethompson@quinnemanuel.com

*Counsel for Plaintiff Ryan W. Zimmerman*

/s/ *Andrew D. Herman*
Andrew D. Herman (#462334)
Miller & Chevalier Chartered
900 16th Street NW
Washington, DC 20006
Telephone: (202) 626-5869
Fax: (202) 626-5801
aherman@milchev.com

*Counsel for Plaintiff Ryan J. Howard*


/s/ *Andrew Lawrence Deutsch*
Anthony Gill (#1008993)
DLA PIPER LLP
500 8th Street, N.W.
Washington, DC 20004
Telephone: (202) 799-4562
Fax: (202) 799-5562
anthony.gill@dlapiper.com

Andrew L. Deutsch (admitted pro hac vice)
Rachel Stevens (admitted pro hac vice)
DLA PIPER LLP
 1251 Avenue of the Americas

2

3

New York, NY 10020
Office: (212) 335-4500
Fax: (212) 335-4501
andrew.deutsch@dlapiper.com
rachel.stevens@dlapiper.com

Charles Scheeler
DLA PIPER LLP
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209-3600
Office: (410) 580-3000
Fax: (410) 580-3001
charles.scheeler@dlapiper.com

*Counsel for Defendants Al Jazeera America, LLC, Al Jazeera Media Network, Al Jazeera International (USA), Inc., Deborah Davies*