# APPENDIX 1

| **Exhibit** | **Date** | **Description** |
|---|---|---|
| A | Dec. 7, 2015 | E-mail from Al Jazeera Copy Machine to P. Charley |
| B | Dec. 1, 2015 | E-mail from J. Young to P. Charley |
| C | May 14, 2015 | E-mail from L. Collins to R. Thompson |
| D | Aug. 13, 2015 | E-mail from M. Khaliq to L. Collins |
| E | Oct. 6, 2015 | E-mail from L. Collins to J. Young |
| F | Oct. 30, 2015 | E-mail from L. Collins to C. Sly |
| G | Dec. 11, 2015 | E-mail from M. Surma to L. Collins |
| H | Oct. 5, 2017 | Ltr. from R. Stevens to E. Thompson |
| I | May 31, 2015 | E-mail from J. Young to L. Collins |
| J | Sept. 29, 2015 | E-mail from L. Collins to K. Hirten |
| K | Sept. 14, 2015 | E-mail from J. Young to L. Collins |
| L | Aug. 7, 2015 | E-mail from J. Young to L. Collins |
| M | May 22, 2015 | E-mail from C. Feith to L. Collins |
| N | Sept. 11, 2015 | E-mail from L. Collins to J. Young |
| O | Nov. 16, 2015 | E-mail from J. Young to L. Collins and K. Hirten |
| P | Sept. 4, 2015 | E-mail from J. Young to L. Collins |
| Q | Nov. 5, 2015 | E-mail from J. Young to K. Hirten, C. Pennington, D. Davies, and L. Collins |
| R | Aug. 28, 2015 | E-mail from J. Young to L. Collins |
| S | Aug. 24, 2015 | E-mail from J. Young to L. Collins |
| T | Dec. 26, 2015 | E-mail from K. Hirten to L. Collins |
| U | Sept. 26, 2017 | Ltr. from E. Thompson to R. Stevens |
| V | Sept. 9, 2015 | E-mail from L. Collins to K. Hirten |