# EXHIBIT INDEX

| Exhibit | Date | Description |
| --- | --- | --- |
| 1 | 11/4/2017 | Letter from Rachel Stevens to Jay Ward Brown |
| 2 | 10/12/17 | Email from Scott Lerner to Rachel Stevens, William Burck, Robert Raskopf, and Ellyde Thompson |