**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RYAN W. ZIMMERMAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AL JAZEERA AMERICA, LLC, *et al.*, <br><br> Defendants. | Case Nos. 1:16-cv-13-KBJ <br><br> 1:16-cv-14-KBJ |

## NOTICE OF CHANGE OF ADDRESS FOR PLAINTIFFS' COUNSEL

Pursuant to Local Civil Rule 83.15(c), counsel for Plaintiff Ryan W. Zimmerman and Ryan J. Howard hereby notify the Court of an upcoming change in address for the following counsel of record from the law firm of Quinn Emanuel Urquhart & Sullivan, LLP:

- William A. Burck (D.C. Bar No. 979677)
- Scott E. Lerner (D.C. Bar No. 1024964)

Effective January 16, 2018, the new address for the above-listed counsel will be:

> Quinn Emanuel Urquhart & Sullivan, LLP
> 1300 I Street NW, Suite 900
> Washington, DC 20005

Dated: January 12, 2018.

> /s/ *William A. Burck*
> William A. Burck (#979677)
> Scott E. Lerner (#1024964)
> Quinn Emanuel Urquhart & Sullivan, LLP
> 777 6th Street NW, 11th Floor
> Washington, DC 20001
> Telephone: (202) 538-8000

Fax: (202) 538-8100
William.burck@quinnemanuel.com
Scott.lerner@quinnemanuel.com

Robert L. Raskopf (admitted *pro hac vice*)
Kevin S. Reed (admitted *pro hac vice*)
Ellyde R. Thompson (admitted *pro hac vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Fax: (202) 849-7100
robert.raskopf@quinnemanuel.com
kevinreed@quinnemanuel.com
ellydethompson@quinnemanuel.com

*Counsel for Plaintiff Ryan W. Zimmerman*


/s/ *Andrew D. Herman*
Andrew D. Herman (#462334 )
Miller & Chevalier Chartered
900 16th Street NW
Washington, DC 20006
Telephone: (202) 626-5869
Fax: (202) 626-5801
aherman@milchev.com


*Counsel for Plaintiff Ryan J. Howard*

2