# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN W. ZIMMERMAN,<br><br>        Plaintiff,<br>v.<br><br>AL JAZEERA AMERICA, LLC, et al.,<br><br>        Defendants. | Case No. 1:16-cv-13-KBJ-RMM |
| RYAN J. HOWARD<br><br>        Plaintiff,<br>v.<br><br>AL JAZEERA AMERICA, LLC, et al.,<br><br>        Defendants. | Case No. 1:16-cv-14-KBJ-RMM |

**UNOPPOSED MOTION FOR HEARING ON PLAINTIFFS' MOTION TO COMPEL BY PLAINTIFFS RYAN W. ZIMMERMAN AND RYAN J. HOWARD**

Plaintiffs Ryan W. Zimmerman and Ryan J. Howard (collectively, "Plaintiffs") respectfully file this Motion for Hearing on Plaintiffs' Motion to Compel ("Motion"). On October 23, 2017, Plaintiffs filed a Motion to Compel Defendants Al Jazeera America, LLC, Al Jazeera Media Network, Al Jazeera International (USA) Inc., and Deborah Davies (collectively, "Al Jazeera Defendants") to collect and produce documents from one of the most critical witnesses in this case: Liam Collins ("Mr. Collins"), the undercover reporter for the Al Jazeera Defendants who obtained under false pretenses the very defamatory statements at the center of this action. *See* ECF No. 69. The Al Jazeera Defendants filed their opposition to Plaintiffs' Motion to Compel on November 6, 2017 (*see* ECF No. 72), and Plaintiffs filed their reply on November 13, 2017. *See* ECF No. 73. Since then, Plaintiffs' Motion to Compel has been fully briefed. With depositions in this case now underway, Plaintiffs respectfully request a hearing on their Motion to Compel so

1

that the Parties can obtain clarity as to how discovery from Mr. Collins must be obtained. Such discovery will undoubtedly inform numerous party and non-party depositions that Plaintiffs intend to take. Plaintiffs will make themselves available for an in-person or telephonic hearing at the Court's convenience.

\*         \*         \*         \*         \*

Pursuant to Local Rule 7(m), Plaintiffs met and conferred with the Al Jazeera Defendants to discuss their views on Plaintiffs' Motion. The Al Jazeera Defendants indicated that they "take no position as to a motion for a 'hearing," but also indicated that they do not intend to oppose Plaintiffs' Motion.

Date: February 16, 2018

/s/ *William A. Burck*
William A. Burck (#979677)
Scott E. Lerner (#1024964)
Quinn Emanuel Urquhart & Sullivan, LLP
777 6th Street NW, 11th Floor
Washington, DC 20001
Telephone: (202) 538-8000
Fax: (202) 538-8100
William.burck@quinnemanuel.com
Scott.lerner@quinnemanuel.com

Robert L. Raskopf (admitted *pro hac vice*)
Kevin S. Reed (admitted *pro hac vice*)
Ellyde R. Thompson (admitted *pro hac vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Fax: (202) 849-7100
robert.raskopf@quinnemanuel.com
kevinreed@quinnemanuel.com
ellydethompson@quinnemanuel.com

*Counsel for Plaintiff Ryan W. Zimmerman*

/s/ *Andrew D. Herman*
Andrew D. Herman (#462334 )
Miller & Chevalier Chartered
900 16th Street NW
Washington, DC 20006
Telephone: (202) 626-5869
Fax: (202) 626-5801
aherman@milchev.com

*Counsel for Plaintiff Ryan J. Howard*

**Certificate of Service**

    I hereby certify that a copy of the Unopposed Motion For Hearing On Plaintiffs' Motion To Compel By Plaintiffs Ryan W. Zimmerman And Ryan J. Howard was served upon the following counsel for Defendants Al Jazeera Media Network, Al Jazeera International (USA) LLC (formerly known as Al Jazeera International (USA), Inc.), Al Jazeera America, LLC, and Deborah Davies through the Court's electronic filing system (CM/ECF) on February 16, 2018:

        Andrew Deutsch—andrew.deutsch@dlapiper.com

        Rachel Steven—rachel.stevens@dlapiper.com

        Anthony Gill–anthony.gill@dlapiper.com

        Charles Scheeler—charles.scheeler@dlapiper.com

        Michael Hynes—Michael.Hynes@dlapiper.com

        Joseph Alonzo—Joseph.Alonzo@dlapiper.com

        Teale Toweill—Teale.Toweill@dlapiper.com

                                    /s/ Scott Lerner
                                    Scott Lerner