**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RYAN W. ZIMMERMAN, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>AL JAZEERA AMERICA, LLC, *et al.*,<br><br>    Defendants. | Case Nos. 1:16-cv-13-KBJ<br><br>1:16-cv-14-KBJ |

**DEFENDANTS' STATUS REPORT**

Defendants Al Jazeera America, LLC ("AJA"), Al Jazeera Media Network ("AJMN"), Al Jazeera International (USA), Inc. ("AJI"), and Deborah Davies ("Davies") (collectively, "Defendants" and together with the Plaintiffs, the "Parties"), respectfully submit this Status Report to provide the Court with additional information relating to Defendants' Motion for Protective Order (Dkt. #62).

As contemplated by the Scheduling Order entered by this Court on July 26, 2017 (Dkt. #60), the Parties are currently in the process of scheduling depositions and completing fact discovery. This fact discovery includes multiple subpoenas for documents and testimony from non-parties to this litigation. As of the filing of this Status Report, at least two non-parties, the Colorado Rockies baseball club and Verizon Communications, Inc., are refusing to produce documents in response to Defendants' subpoenas until and unless a Confidentiality Order, such as the order Proposed Confidentiality Order, is entered in these cases. (*See* Dkt. # 62-1).

Following the October 26, 2017 telephonic hearing regarding Defendants' Motion for Entry of a Confidentiality Order (Dkt. #62) and Plaintiffs' Opposition to Defendants' Motion for

1

Entry of a Protective Order (Dkt. #63), this Court posed additional questions regarding the Proposed Confidentiality Order on December 27, 2017. Defendants submitted a status report responding to this Court's questions on January 4, 2018, and amended their response on January 9, 2018. (Dkt. ## 75, 76).

Defendants remain available to answer any additional questions this Court may have relating to Proposed Confidentiality Order or to provide any additional information which would be helpful to the Court.

Respectfully submitted,

Dated: February 23, 2018

/s/ *Charles Scheeler*
Charles Scheeler (#987245)
DLA PIPER LLP
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209-3600
Office: (410) 580-3000
Fax: (410) 580-3001
charles.scheeler@dlapiper.com

Andrew L. Deutsch (admitted pro hac vice)
Rachel Stevens (admitted pro hac vice)
DLA PIPER LLP
1251 Avenue of the Americas
New York, NY 10020
Office: (212) 335-4500
Fax: (212) 335-4501
andrew.deutsch@dlapiper.com
rachel.stevens@dlapiper.com

*Counsel for Defendants Al Jazeera America, LLC, Al Jazeera Media Network, Al Jazeera International (USA), Inc., Deborah Davies*