**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RYAN W. ZIMMERMAN,<br><br>        Plaintiff,<br>v.<br><br>AL JAZEERA AMERICA, LLC, et al.,<br><br>        Defendants. | Case No. 1:16-cv-13-KBJ-RMM |
| RYAN J. HOWARD<br><br>        Plaintiff,<br>v.<br><br>AL JAZEERA AMERICA, LLC, et al.,<br><br>        Defendants. | Case No. 1:16-cv-14-KBJ-RMM |

**JOINT MOTION TO MODIFY THE SCHEDULING ORDER**

Plaintiffs Ryan W. Zimmerman and Ryan J. Howard ("Plaintiffs"), together with Defendants Al Jazeera America, LLC, Al Jazeera Media Network, Al Jazeera International (USA), Inc., and Deborah Davies (collectively, "Defendants") (Defendants and Plaintiffs, collectively, the "Parties"), respectfully submit this Joint Motion to Modify the Scheduling Order set by the Court on July 26, 2017. *See* ECF No. 60.

"[O]nce the court enters a scheduling order, that schedule can only be modified with the court's consent and with good cause shown." *A Love of Food I, LLC v. Maoz Vegetarian USA, Inc.*, 292 F.R.D. 142, 143 (D.D.C. 2013); *see also* LCvR 16.4 ("The court may modify the scheduling order at any time upon a showing of good cause."). The primary factor in evaluating whether good cause exists is "the diligence of the party seeking the amendment." *Dag Enterprises, Inc. v. Exxon Mobil Corp.*, 226 F.R.D. 95, 105 (D.D.C. 2005) (internal quotation

1

and citation omitted); *see also United States v. Kellogg Brown & Root Servs., Inc.*, 285 F.R.D. 133, 136 (D.D.C. 2012) ("The primary factor in determining whether good cause exists is the diligence of the party seeking discovery before the deadline."). Here, notwithstanding the Parties' good faith, diligent efforts to complete discovery by the June 13, 2018 deadline, the Parties have been unable to do so.

Specifically, in the course of discovery, the Parties have reached impasse on various discovery matters that have resulted in a number of important motions that are presently pending before the Court. *See*, *e.g.*, ECF No. 69 (Plaintiffs' Motion to Compel the Production of Documents from Liam Collins) (fully briefed on November 13, 2017); ECF No. 98 (Plaintiffs' Omnibus Motion to Compel) (briefing to be completed on June 1, 2018); ECF No. 104 (Defendants' Motion to De-Designate) (fully briefed on May 23, 2018); ECF No. 107 (Plaintiffs' Motion to Compel the Production of Purportedly Privileged Documents) (briefing to be complete on June 4, 2018). In addition to these discovery disputes between the Parties, Defendants have also filed two motions to compel relating to various third-parties who have declined to provide certain requested discovery. *See* ECF No. 84 (Defendants' Motion to Compel the Production of Documents from Gibson Dunn & Crutcher LLP) (fully briefed on April 9, 2018); *see also Al Jazeera America, LLC v. Phenix Investigations, Inc.*, 18-mc-45 (D.D.C.), ECF No. 3 (fully briefed on May 2, 2018). The pendency of these motions has impacted the Parties' ability to complete discovery by June 13, 2018 as they had hoped, and despite their best efforts. Under these circumstances, the Parties believe there is "good cause" to modify the existing scheduling order to allow the Parties an additional four (4) months to complete discovery, as provided below in Appendix A. *See Equal Rights Ctr. v. Post Properties, Inc.*, 2008 WL 11391642, at *1 (D.D.C. May 27, 2008) ("Plaintiff has established good cause to take RTKL's deposition outside

of the discovery period because Plaintiff was diligent in pursuing discovery from RTKL."); *see also Univ. of Tulsa v. Johnson Matthey Inc.*, 2016 WL 10567162, at *2 (N.D. Okla. Oct. 26, 2016) (granting motion to amend scheduling order where pending motion to compel "makes it difficult for the parties to obtain a ruling from the Court on the motion with enough time to complete discovery").

Modification of the scheduling order is also appropriate since: (i) trial has not yet been scheduled; (ii) the request is jointly made by the Parties; (iii) the Parties will not be prejudiced by the modification; (iv) this is the first requested modification of the scheduling order; and (v) the additional discovery will lead to relevant evidence. *See Watt v. All Clear Bus. Sols., LLC*, 840 F. Supp. 2d 324, 326 (D.D.C. 2012).

Date: May 30, 2018

/s/ *William A. Burck*
William A. Burck (#979677)
Scott E. Lerner (#1024964)
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I St. NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8000
Fax: (202) 538-8100
williamburck@quinnemanuel.com
scottlerner@quinnemanuel.com

Robert L. Raskopf (admitted *pro hac vice*)
Kevin S. Reed (admitted *pro hac vice*)
Ellyde R. Thompson (admitted *pro hac vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Fax: (202) 849-7100
robertraskopf@quinnemanuel.com
kevinreed@quinnemanuel.com
ellydethompson@quinnemanuel.com

*Counsel for Plaintiff Ryan W. Zimmerman*

/s/ *Andrew D. Herman*
Andrew D. Herman (#462334)
Miller & Chevalier Chartered
900 16th Street NW
Washington, DC 20006
Telephone: (202) 626-5869
Fax: (202) 626-5801
aherman@milchev.com

*Counsel for Plaintiff Ryan J. Howard*

Anthony Gill (#1008993)
DLA PIPER LLP
500 8th Street, N.W.
Washington, DC 20004
Telephone: (202) 799-4562
Fax: (202) 799-5562
anthony.gill@dlapiper.com

Andrew L. Deutsch (admitted pro hac vice)
Rachel Stevens (admitted pro hac vice)
DLA PIPER LLP
1251 Avenue of the Americas
New York, NY 10020
Office: (212) 335-4500
 Fax: (212) 335-4501
andrew.deutsch@dlapiper.com
rachel.stevens@dlapiper.com

Charles Scheeler
DLA PIPER LLP
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209-3600
Office: (410) 580-3000
Fax: (410) 580-3001
charles.scheeler@dlapiper.com
*Counsel for Defendants Al Jazeera America, LLC, Al Jazeera Media Network, Al Jazeera International (USA), Inc., Deborah Davies*

## APPENDIX A: REVISED SCHEDULING ORDER

| Event | Current Date | Proposed Date |
|---|---|---|
| Identification of opening expert witnesses | June 13, 2018 | October 12, 2018 |
| Completion of fact depositions and discovery, absent good cause (except for any fact discovery subject to a motion to compel or motion for protective order filed on or before this date) | June 13, 2018 | October 12, 2018 |
| Exchange preliminary list of trial witnesses (any fact witness disclosed on this list who has not already been deposed can be deposed within 30 days following this witness designation) | July 3, 2018 | November 2, 2018 |
| Exchange of opening expert reports and production of all materials relied upon by experts | July 3, 2018 | November 2, 2018 |
| Identification of rebuttal expert witnesses | July 18, 2018 | November 19, 2018 |
| Exchange of rebuttal expert reports and production of all materials relied upon in rebuttal expert reports and not produced previously by the parties | July 25, 2018 | November 28, 2018 |
| Completion of expert discovery, including expert depositions | August 22, 2018 | December 21, 2018 |
| Post-Discovery Status Conference | September 6, 2018 | January 8, 2019 |
| Dispositive Motions | November 14, 2018 | March 14, 2019 |
| Opposition to dispositive motions | December 19, 2018 | April 19, 2019 |
| Replies to Dispositive Motions | January 9, 2019 | May 9, 2019 |