Appendix A
List of Exhibits

| Exhibit Number | Date | Description | Bates Number |
|---|---|---|---|
| Exhibit 1 | Various | Ryan Howard Text Messages | HOWARD-0004783 |
| Exhibit 2 | 10/13/2014 | ACI Medicine Invoice | HOWARD-0004158 |
| Exhibit 3 | 12/9/2011 | Email from Ryan Zimmerman to Charlie Sly; cc: Jason Riley | ZIMMERMAN-0005857 |
| Exhibit 4 | 12/9/2011 | Email from Ryan Zimmerman to Charlie Sly; cc: Jason Riley | ZIMMERMAN-0005866 |
| Exhibit 5 | Various | Ryan Howard Text Messages | HOWARD-0005136 |
| Exhibit 6 | 12/20/2014 | Email from Keith Bowers to Jeremy Young; Peter Charley | AJ-HZ_0045431 |
| Exhibit 7 | 2/1/2015 | Email from Doug Ulman to Jeremy Young | AJ-HZ_0008127 |
| Exhibit 8 | 2/1/2015 | Email from Jeremy Young to Simon Boazman | AJ-HZ_0018063 |
| Exhibit 9 | 3/19/2018 | Defendants Supplemental Responses and Objections to First Set of Interrogatories (excerpt) | |
| Exhibit 10 | 4/9/2015 | Email from Liam Collins to Jeremy Young | AJ-HZ_0011552 |
| Exhibit 11 | 6/9/2015 | AJE Freelance Rate Card for Liam James Collins | AJ-HZ_0001198 |
| Exhibit 12 | 11/14/2017 | Defendant's Responses and Objections to First Set of Interrogatories (excerpt) | |
| Exhibit 13 | 12/22/2015 | Email from Bob Corn-Revere to Peter Charley, Constance Pendelton; cc: Phil Rees | AJ-HZ_0044725 |
| Exhibit 14 | 5/10/2018 | Rough Deposition Transcript of Taylor Teagarden (excerpt) | |
| Exhibit 15 | 12/1/2015 | Transcript of call Heather from Guyer Institute | AJ-HZ_0036588 |
| Exhibit 16 | 11/12/2015 | Charlie Sly State of Nevada Pharmacy License Status | AJ-HZ_0043243 |
| Exhibit 17 | 11/12/2015 | Charlie Sly State of Nevada Pharmacy License Status | AJ-HZ_0043245 |
| Exhibit 18 | | Charlie Sly State of Indiana Pharmacy License Status | AJ-HZ_0043247 |
| Exhibit 19 | 12/4/2015 | Email from Deborah Davies to Tom Condon | AJ-HZ_0025123 |
| Exhibit 20 | | Handwritten notes | AJ-HZ_0043672 |
| Exhibit 21 | 12/18/2015 | Email from Constance Pendleton to Clayton Swisher | AJ-HZ_0043344 |
| Exhibit 22 | 11/17/2015 | Email from Jeremy Young to Christiane Ayotte | AJ-HZ_0026174 |
| Exhibit 23 | 12/15/2015 | Email from Katie Lannigan to Jeremy | AJ-HZ_0025651 |

Appendix A
List of Exhibits

| Exhibit Number | Date | Description | Bates Number |
|---|---|---|---|
| | | Young; cc: Kevin Hirten | |
| Exhibit 24 | | List of Athletes trained by Jason Riley | KRUMS-0001038 |
| Exhibit 25 | | Elementz Nutrition Business Plan | KRUMS-0000852 |
| Exhibit 26 | | Elementz Nutrition Webpage featuring Ryan Zimmerman | AJ-HZ_0037710 |
| Exhibit 27 | | Elementz Nutrition Promotional Material | KRUMS-0000816 |
| Exhibit 28 | 12/20/2015 | Email from Charlie Sly to Bino Rucker | AJ-HZ_0037713 |
| Exhibit 29 | 9/6/2017 | Howard's Responses to Defendants' Requests for Production | |
| Exhibit 30 | 9/6/2017 | Zimmerman's Responses to Defendants' Requests for Production | |
| Exhibit 31 | 3/6-3/7/2018 | Email chain between Rachel Stevens, Magistrate Judge Meriweather, and Scott Lerner | |
| Exhibit 32 | 3/15/2018 | Email from E. Dew to Magistrate Judge Meriweather | |
| Exhibit 33 | 12/21/2017 | Plaintiffs' Responses and Objections to Interrogatories (excerpt) | |
| Exhibit 34 | 4/20/2018 | Plaintiffs' Responses and Objections to Supplemental Interrogatories (excerpt) | |
| Exhibit 35 | 9/11/2017 | Plaintiffs' Request for Admissions | |
| Exhibit 36 | 2/16/2018 | Letter from Rachel Stevens to Scott Lerner | |