# Exhibit 13

| | |
|---|---|
| **From:** | Corn-Revere, Bob <bobcornrevere@dwt.com> |
| **Sent:** | Tuesday, December 22, 2015 10:39 PM |
| **To:** | Peter Charley <Peter.Charley@aljazeera.net>; Pendleton, Constance <conniependleton@dwt.com> |
| **Cc:** | Phil Rees <reesp@aljazeera.net> |
| **Subject:** | RE: Ted Olson/Al Jazeera |

# REDACTED FOR PRIVILEGE

**From:** Peter Charley [mailto:Peter.Charley@aljazeera.net]
**Sent:** Tuesday, December 22, 2015 5:26 PM
**To:** Pendleton, Constance
**Cc:** Phil Rees; Corn-Revere, Bob
**Subject:** Re: Ted Olson/Al Jazeera

## REDACTED FOR PRIVILEGE

Sent from my iPhone

On Dec 22, 2015, at 5:00 PM, Pendleton, Constance <conniependleton@dwt.com> wrote:

## REDACTED FOR PRIVILEGE

**From:** McGill, Matthew D. [mailto:MMcGill@gibsondunn.com]
**Sent:** Tuesday, December 22, 2015 4:57 PM
**To:** Pendleton, Constance
**Cc:** Corn-Revere, Bob
**Subject:** Re: Ted Olson/Al Jazeera

Bob & Connie,

I'm just writing to confirm that you have received the statement below from Tom Condon. Could you please also confirm that it will be included?

As all our conversations explicitly were off the record, there should not be included in the broadcast any reference to a "lawyer" for Peyton Manning.

Thank you.

Matt

On Dec 21, 2015, at 8:03 PM, McGill, Matthew D. <MMcGill@gibsondunn.com> wrote:

Bob & Connie,

There was one word left out of the statement I sent. The fourth sentence should read:

He received these treatments during regular business hours or right after his team's afternoon practices.

The complete statement with that edit is:

"The insinuations being peddled by this source are baseless and absolutely false. Peyton Manning has never done what this person is suggesting. The treatment he received at the Guyer Institute was provided on the advice of his physician and with the knowledge of team doctors and trainers. He received these treatments during regular business hours or right after his team's afternoon practices. Any medical treatment received by Ashley is a private matter of hers, her doctor, and her family. Any medication shipped to her was prescribed by her doctor and taken solely by her. For Al Jazeera or its source to imply anything else is outrageous and wrong."

On Dec 21, 2015, at 7:39 PM, McGill, Matthew D. <MMcGill@gibsondunn.com> wrote:

Bob & Connie,
Please see below a statement from Tom Condon, agent for Peyton Manning. Please let me know immediately if Al Jazeera declines to include any portion of this statement in their program.

"The insinuations being peddled by this source are baseless and absolutely false. Peyton Manning has never done what this person is suggesting. The treatment he received at the Guyer

Institute was provided on the advice of his physician and with the knowledge of team doctors and trainers. He received these treatments during regular business hours or right after his afternoon practices. Any medical treatment received by Ashley is a private matter of hers, her doctor, and her family. Any medication shipped to her was prescribed by her doctor and taken solely by her. For Al Jazeera or its source to imply anything else is outrageous and wrong."

On Dec 21, 2015, at 11:34 AM, Pendleton, Constance <conniependleton@dwt.com> wrote:

Matt:   We are seeking comment on the following:

1. That Payton and Ashley Manning received IV and other treatments after hours at the Guyer Clinic.
2. That the Guyer Clinic shipped HGH addressed to Ashley Manning around the country including to Florida.

We have included in the program that through his lawyer Peyton Manning emphatically denies he has ever taken growth hormone or any banned substance.

As discussed, we need a response right away if Al Jazeera is to include comment from the Mannings.

Thank you.

Connie

---

**From:** McGill, Matthew D. [mailto:MMcGill@gibsondunn.com]
**Sent:** Monday, December 21, 2015 12:15 PM
**To:** Corn-Revere, Bob
**Cc:** Pendleton, Constance
**Subject:** RE: Ted Olson/Al Jazeera

Bob,

Thank you for your note. My client is willing to provide an on the record response as soon as they know what allegations Al Jazeera will be airing. I appreciate that you said Al Jazeera still had not finally determined what will, or will not, be included within the documentary. But we do not think it workable for Al Jazeera to edit our response to conform to the allegations that make it on the air. Is there any additional information you can provide about what allegations will be included in the documentary? To reiterate, my client is willing to provide an on-the-record response once Al Jazeera informs us what allegations call for a response.

Matt

**Matthew D. McGill**

### GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3680 • Fax +1 202.530.9662
MMcGill@gibsondunn.com • www.gibsondunn.com

---

**From:** Corn-Revere, Bob [mailto:bobcornrevere@dwt.com]
**Sent:** Monday, December 21, 2015 10:59 AM
**To:** McGill, Matthew D.
**Cc:** Pendleton, Constance
**Subject:** RE: Ted Olson/Al Jazeera
**Importance:** High

Matt—

I am following up on our telephone conversation on Friday. We need to know immediately whether you plan to provide a formal response to our requests for comment.

Please let me know as soon as possible.

Bob

---

**From:** McGill, Matthew D. [mailto:MMcGill@gibsondunn.com]
**Sent:** Friday, December 18, 2015 4:43 PM
**To:** Corn-Revere, Bob
**Cc:** Pendleton, Constance
**Subject:** Re: Ted Olson/Al Jazeera

Just tried you. My mobile is 9175618521.

On Dec 18, 2015, at 2:23 PM, Corn-Revere, Bob <bobcornrevere@dwt.com> wrote:

Matt—

I am going into a meeting at 5.  Please call before then.

Bob

---

**From:** McGill, Matthew D. [mailto:MMcGill@gibsondunn.com]
**Sent:** Friday, December 18, 2015 4:20 PM
**To:** Corn-Revere, Bob
**Cc:** Pendleton, Constance
**Subject:** Re: Ted Olson/Al Jazeera

Thanks, Bob.  I'm getting back in touch with my clients and will revert asap.  Are they times later this afternoon that would be convenient for me to call?

On Dec 18, 2015, at 1:35 PM, Corn-Revere, Bob <bobcornrevere@dwt.com> wrote:

> Matt—
>
> I have heard that Tom Condon of CAA contacted Deborah Davies, the Al Jazeera reporter on this story, to ask what Al Jazeera's position will be.  Since the two of us have been in a dialog, I thought it best that we continue in that vein, rather than to have Ms. Davies respond to Mr. Condon.
>
> With that in mind, and in light of the extended deadline for a response, have you been able to ascertain answers to our questions from yesterday?  And, while we are continuing to consider the information you have provided, and in light of the deadline, could you provide your clients' response to the story?  We will also consider whatever information you can provide, but we will need a response in time to be able to include it if it is necessary.
>
> Thanks,
>
> Bob
>
> ---
>
> **From:** McGill, Matthew D. [mailto:MMcGill@gibsondunn.com]
> **Sent:** Thursday, December 17, 2015 11:25 AM
> **To:** Corn-Revere, Bob
> **Subject:** Re: Ted Olson/Al Jazeera
>
> Yes.  Thank you.  I will call you then.
>
> On Dec 17, 2015, at 11:16 AM, Corn-Revere, Bob <bobcornrevere@dwt.com> wrote:
>
>> Does 1:30 work for you?
>>
>> Bob
>>
>> ---
>>
>> **From:** McGill, Matthew D. [mailto:MMcGill@gibsondunn.com]
>> **Sent:** Thursday, December 17, 2015 9:57 AM
>> **To:** Corn-Revere, Bob
>> **Subject:** Re: Ted Olson/Al Jazeera
>>
>> Bob,
>> Is there a convenient time I can call you this afternoon?
>>
>> Matt
>>
>> On Dec 16, 2015, at 3:35 PM, Corn-Revere, Bob <bobcornrevere@dwt.com> wrote:
>>
>>> OK.  Thanks.
>>>
>>> ---
>>>
>>> **From:** McGill, Matthew D. [mailto:MMcGill@gibsondunn.com]
>>> **Sent:** Wednesday, December 16, 2015 3:26 PM
>>> **To:** Corn-Revere, Bob
>>> **Cc:** Pendleton, Constance
>>> **Subject:** Re: Ted Olson/Al Jazeera
>>>
>>> I figured that.  We will be back in touch on that as well.  For reference, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
>>>
>>>
>>> On Dec 16, 2015, at 3:01 PM, Corn-Revere, Bob

<bobcornrevere@dwt.com> wrote:

> OK. Thanks. Also in the interest of clarity, I reread my original message and realize it may have been ambiguous. What I intended to write was this: "Following up on our conversation from yesterday afternoon, Al Jazeera has conferred with a number of experts who dispute that 20 IUs a day of HGH would cause kidney damage or be fatal."
>
> Bob

---

**From:** McGill, Matthew D. [mailto:MMcGill@gibsondunn.com]
**Sent:** Wednesday, December 16, 2015 2:19 PM
**To:** Corn-Revere, Bob
**Cc:** Pendleton, Constance
**Subject:** Re: Ted Olson/Al Jazeera

I understand and would not ever think you were trying to do that. I understand us to be having good faith, off-the-record discussions and read and responded to your email in that spirit. I just wanted to be clear lest there be any misunderstanding. I am still collecting data, but the amount ████████ ████████

On Dec 16, 2015, at 2:10 PM, Corn-Revere, Bob <bobcornrevere@dwt.com> wrote:

> Thanks Matt. To be clear, I wasn't asking what (in retrospect) may have sounded like a trick question. I wasn't asking how much Peyton Manning spent on HGH, but was asking what was the total amount spent?
>
> Thanks,
>
> Bob
>
> ---
>
> **From:** McGill, Matthew D. [mailto:MMcGill@gibsondunn.com]
> **Sent:** Wednesday, December 16, 2015 1:18 PM
> **To:** Corn-Revere, Bob
> **Cc:** Pendleton, Constance
> **Subject:** Re: Ted Olson/Al Jazeera
>
> Thank you, Bob. I faithfully relayed the information we had. I will revert to you on your question, but I can say now that the ████████ ████████
>
> On Dec 16, 2015, at 12:12 PM, Corn-Revere, Bob <bobcornrevere@dwt.com> wrote:
>
>> Matt:
>>
>> Yes. Al Jazeera will extend the deadline to respond to this Friday at 5 p.m.
>>
>> Following up on our conversation from yesterday

afternoon, Al Jazeera has conferred with a number of experts who dispute that 20 IUs a day of HGH would not cause kidney damage or be fatal.

One thing that was not clear from our conversation yesterday is how much money the Manning's spent on HGH at the Guyer Clinic. Is that something you can share with us off the record?

Thanks,

Bob

---

**From:** McGill, Matthew D. [mailto:MMcGill@gibsondunn.com]
**Sent:** Tuesday, December 15, 2015 5:22 PM
**To:** Corn-Revere, Bob
**Cc:** Pendleton, Constance
**Subject:** RE: Ted Olson/Al Jazeera

Bob & Connie,

Thank you for meeting with me today. I appreciate the opportunity to speak with you. I note that your earlier email to Ted extended the deadline for a response to tomorrow so that we could continue to dialog on this. As I expressed in our meeting, we are eager to continue that dialog to the extent it assists you in your editorial process. To that end, when you can, could you please let me know whether your client will extend the deadline for a response to accommodate further discussions?

Thanks again for seeing me today.

Matt

Matthew D. McGill

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.,
Washington, DC 20036-5306
Tel +1 202.887.3680 • Fax +1 202.530.9662
MMcGill@gibsondunn.com • www.gibsondunn.com

---

**From:** Corn-Revere, Bob [mailto:bobcornrevere@dwt.com]
**Sent:** Tuesday, December 15, 2015 9:11 AM
**To:** McGill, Matthew D.
**Cc:** Pendleton, Constance
**Subject:** RE: Ted Olson/Al Jazeera

Matt—

I will set aside 3 p.m.  See you then.

Bob

---

**From:** McGill, Matthew D. [mailto:MMcGill@gibsondunn.com]
**Sent:** Tuesday, December 15, 2015 6:52 AM
**To:** Corn-Revere, Bob
**Cc:** Pendleton, Constance
**Subject:** Re: Ted Olson/Al Jazeera

Thanks, Bob.  I'm open 3-4pm, and 4:30-5:30pm.

On Dec 15, 2015, at 6:48 AM, Corn-Revere, Bob <bobcornrevere@dwt.com> wrote:

> Matt--
>
> We should be able to work something out. Let me check on scheduling. It would be sometime after 3.

Bob

Sent from my iPhone

On Dec 15, 2015, at 6:43 AM, McGill, Matthew D. <MMcGill@gibsondunn.com> wrote:

> Bob,
>
> Can you let me know your availability for a meeting this afternoon?  I would be happy to come to your offices.
>
> Matt
>
> On Dec 14, 2015, at 3:03 PM, Corn-Revere, Bob <bobcornrevere@dwt.com> wrote:
>
>> Hello Matt—
>>
>> Ted Olson mentioned you would be in touch about the Al Jazeera investigation. Nice

to meet you.

First, in response to Ted's question, I have checked with Al Jazeera and we can agree to extend the deadline for comment until Wednesday so that we may continue our dialog. Second, Al Jazeera invites Mr. Manning to respond either on or off camera to the matters discovered in the investigation.

Feel free to contact me if you have other questions or additional information you would like to convey.

AJ-HZ_0044732

I look forward to hearing from you and Ted.

Bob

---

**From:** McGill, Matthew D. [mailto:MMcGill@gibsondunn.com]
**Sent:** Monday, December 14, 2015 2:43 PM
**To:** Corn-Revere, Bob; Pendleton, Constance
**Subject:** Ted Olson/Al Jazeera

Bob & Connie,

I'm working with Ted Olson on the Al Jazeera issue. He asked me to open a line of communication with you. I'm happy to discuss with you whenever is convenient. My contact information is below. Please let

AJ-HZ_0044733

me know.

Best regards,

Matt

**Matthew D. McGill**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3680 • Fax +1 202.530.9662

MMcGill@gibsondunn.com • www.gibsondunn.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Notice: This email and any files transmitted with it are intended only for the use of the individuals or entities to whom they are addressed and may contain information that is confidential and privileged. If you have received this email in error, please notify the sender as soon as possible and delete this email from your system. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this email is strictly prohibited. Opinions, conclusions and other information in this message that do not relate to the official business of Al Jazeera shall be understood as neither given nor endorsed by Al Jazeera.

AJ-HZ_0044734