# Exhibit 15

Al Jazeera's Investigative Unit spoke with a woman named Heather who works at the Guyer Institute on December 1st, 2015.  She provided details on Charlie Sly's dates of employment there.

Here is a transcript of the call:

*(Phone rings)*

*Recorded Message "Thank you for calling the Guyer Institute of Molecular Medicine, if this is a true medical emergency please hang up and dial 911…"*

*Heather:  This is Heather can I help you?*

*Deborah:  Hello Heather, I wonder if you can.  I need to do an employment verification on a gentleman called Charles Sly.*

*Heather:  Yes*

*Deborah:  He is a pharmacist and I believe he did a rotation with you is that right? Do you know him?*

*Heather:  Yes.  Uh-huh.*

*Deborah:   Can you possibly give me the precise dates?*

*Heather: I can. It will be just a minute.*

*(hold music)*

*Heather: Sorry to keep you waiting.*

*Deborah:  No that's fine thank you.*

*Heather:  It looks like he was here in the fall of 2011.  The start date we have, where we signed for him, was 10-17 of '11.*

*Deborah: 10-17-11.  OK.  Do you know how long he stayed with you.*

AJ-HZ_0036588

*Heather: I think it's for a couple of months.  Like 3 months maybe.*

*Deborah:  Great.  Can I just check one other thing?  Was he in house in your pharmacy or was he also out and about on rounds?*

*Heather: Oh.  He was in our pharmacy.*

*Deborah: OK.  That's great. It sounds like you know him then?*

*Heather:  Yes. I knew him when he was here.*

*Deborah:  Thank you so much.*

AJ-HZ_0036589