# Exhibit 22

**From:** Jeremy Young </O=ALJAZEERA/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=JEREMY.YOUNG>
**Sent:** Tuesday, November 17, 2015 8:41 PM
**To:** Christiane Ayotte <christiane.ayotte@iaf.inrs.ca>
**Subject:** Re: Plan for Friday
**Attach:** image001.jpg

---

And yes the other substance we have we believe is delta 2. We transferred it from a needle to a sterile container that we will bring it in.

**Jeremy Young**
**Senior Investigative Producer**
**Al Jazeera Media Network**
**1200 New Hampshire Avenue, 2nd Floor**
**Washington, D.C. 20036**
**Cell- 202.651.1632**
**Jeremy.Young@aljazeera.net**
**http://english.aljazeera.net/**
**Twitter @YoungRJeremy**
**CFR Term Member 2015-2020**

On Nov 17, 2015, at 3:36 PM, Jeremy Young <Jeremy.Young@aljazeera.net> wrote:

Ha! These are definitely known peptides. One is ipamorelin and the other one is GRF 1-29.

We don't need you to test the two peptides on the spot, but since you said that you are interested in peptides I thought we would bring them along and give them to you. I was hoping they might be of value to you long-term?

I can tell you more on Friday about who the chemist is that makes them.

This is a link to the item we ordered on the internet:

http://www.pure-oils.net/powders/48-desoxy-t-acetate-powder-1g.html

-Jeremy

---

**From:** Christiane Ayotte [mailto:christiane.ayotte@iaf.inrs.ca]
**Sent:** Tuesday, November 17, 2015 3:06 PM
**To:** Jeremy Young <Jeremy.Young@aljazeera.net>
**Subject:** RE: Plan for Friday

Hello Jeremy,

We don't like blind dates in science. We can be good only when we have an idea about what we're looking for.

So, you'd like us to test a preparation of androst-2-en-17-ol (acetate) or delta 2, a GH-RP from the internet – which one? I can already tell you which ones are tested in athlete's samples. With regards to "designer" peptides from a clandestine chemist, we certainly won't be able to rapidly identify unknown molecule. Identification is a long-term project and it requires more than a few hours! Unless of course, these are known peptides.

Regards,

Christiane

**Christiane Ayotte, Ph.D.**
Professeur
Directrice du laboratoire de contrôle du dopage

INRS
Université d'avant-garde

**INRS-Institut Armand-Frappier**
531, boul. des Prairies,
Laval, Québec H7V 1B7
Tél.: 450.686.5442
Fax: 450.686.5614

---

**De :** Jeremy Young [mailto:Jeremy.Young@aljazeera.net]

**Envoyé :** 17 novembre 2015 13:46
**À :** Christiane Ayotte <christiane.ayotte@iaf.inrs.ca>
**Objet :** Plan for Friday

Hi Christiane—thanks again for working with us this week.

I have put together a plan for Friday. We will bring with us the two substances that we discussed. I also will be bringing two different peptides that we have obtained from a clandestine chemist in the United States. In addition we have a protocol that we have been given by a doper in Canada that includes 6-10 banned substances. I also have a small dossier with some of the tidbits that we have learned through the course of our investigation.

My plan is to have us sit together on Friday and review the materials together and then test the two substances.

We will plan on coming to the lab on Friday at 9am. Is there a particular entrance that we should use?

Talk soon,

Jeremy

**Jeremy Young**
**Senior Investigative Producer**
**Al Jazeera Media Network**
**1200 New Hampshire Avenue, 2nd Floor**
**Washington, D.C. 20036**
**Cell- 202.651.1632**
**Jeremy.Young@aljazeera.net**
**http://english.aljazeera.net/**
Twitter @YoungRJeremy
CFR Term Member 2015-2020

---

Notice: This email and any files transmitted with it are intended only for the use of the individuals or entities to whom they are addressed and may contain information that is confidential and privileged. If you have received this email in error, please notify the sender as soon as possible and delete this email from your system. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this email is strictly prohibited. Opinions, conclusions and other information in this message that do not relate to the official business of Al Jazeera shall be understood as neither given nor endorsed by Al Jazeera.