IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RYAN W. ZIMMERMAN, *et al.*,

    Plaintiffs,

    v.

AL JAZEERA AMERICA, LLC, *et al.*,

    Defendants.

Case Nos. 1:16-cv-13-KBJ
          1:16-cv-14-KBJ

**FILED UNDER SEAL**

### DECLARATION OF ROBERT CORN-REVERE
### IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL

ROBERT CORN-REVERE declares the following pursuant to 28 U.S.C. § 1746:

1. I am a partner in the law firm Davis Wright Tremaine LLP ("DWT"). At all times relevant to the facts set forth below, DWT was retained as counsel by Al Jazeera Media Network, Al Jazeera International (USA), Inc., and Al Jazeera America, LLC (collectively, "Al Jazeera").

2. The facts below are based upon my personal knowledge and experience, unless otherwise stated.

3. Between April and December 2015, Constance Pendleton, also a partner in DWT, and I were acting as pre-publication counsel to Al Jazeera in connection with its preparation of an investigative documentary into doping in professional sports, which was ultimately entitled *The Dark Side: Secrets of the Sports Dopers* (the "Documentary"). DWT advised the Al Jazeera Investigative Unit (the "Investigative Unit") regarding certain legal aspects of the Documentary.

4. During the course of DWT's representation relating to the Documentary, Clayton Swisher, Phil Rees, and at times Peter Charley who were at the time the Director, Manager and Washington D.C.-based Executive Producer (respectively) of the Investigative Unit, sent Ms. Pendleton and me legal questions that had been posed by a number of different Al Jazeera reporters and personnel. In turn, DWT provided legal advice to Messrs. Swisher, Rees and Charley to be shared with Al Jazeera reporters and personnel, as needed.

5. On or about December 4, 2015, Deborah Davies, an Investigative Unit reporter, sent right-to-reply emails to Thomas Condon, an agent for Peyton Manning. One letter addressed Peyton Manning and the other addressed Ashley Manning, Peyton's wife. The letters summarized the statements made by Charlie Sly relating to the Mannings, and offered the Mannings an opportunity to comment on those statements.

6. On December 13, 2015, Theodore Olson, a partner of Gibson Dunn & Crutcher ("GDC") telephoned me and introduced himself as a lawyer representing Mr. and Mrs. Manning. Prior to receiving that telephone call, I was not aware of GDC's representation of the Mannings and I had made no effort to obtain any information from him in connection with my representation of Al Jazeera in this matter.

7. On that call, Mr. Olson informed me that his clients had authorized GDC to share with Al Jazeera certain facts about the Mannings. For example, ███████████████ ███████████████████████████████████ Mr. Olson stated that Matthew McGill, another GDC partner, would provide me with more detail.

8. In order to accurately record the content of our communications with the Mannings' attorneys at GDC about the Documentary, I or my partner, Ms. Pendleton, wrote

emails and/or took notes that summarized the factual content of the telephone conversations and meetings between DWT and GDC that started with Mr. Olson's initial telephone call to me.

9. On December 15, 2015, Ms. Pendleton and I met with Mr. McGill in person at DWT's Washington, D.C. offices. I also spoke to Mr. McGill over the telephone on December 17, 2015. In the course of both conversations, Mr. McGill, on behalf of the Mannings, provided additional factual details about ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and other facts in response to Al Jazeera's right-to-reply emails that had been sent by Ms. Davies to Mr. Condon.

10. Following the December 15, 2015 in-person meeting and the December 17, 2018 telephone call, Ms. Pendleton emailed Mr. Swisher a summary of the facts that Mr. McGill, on behalf of the Mannings, provided to Al Jazeera through DWT.

11. I understand that these emails are Bates stamped AJ-HZ_0042260, AJ-HZ_0042262, and AJ-HZ_0042264, and that my notes of these conversations have been produced as DavisWright_000001, DavisWright_000004, DavisWright_000009.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 23, 2018.

_____
Robert Corn-Revere