Appendix A
List of Exhibits

| Exhibit Number | Date | Description | Beginning Bates Number |
|---|---|---|---|
| Exhibit 1 | 12/1/2015 | Transcript of phone call between Al Jazeera Investigative Unit and Heather from the Guyer Institute | AJ-HZ_0036588 |
| Exhibit 2 | Various | Charlie Sly Pharmacy Licenses | AJ-HZ_0043243; AJ-HZ_0043245; AJ-HZ_0043247 |
| Exhibit 3 | 11/17/2015 | Email from J. Young to C. Ayotte | AJ-HZ_0026174 |
| Exhibit 4 | 2/15/2016 | Email from C. Swisher to A. Deutsch, F. Ryan and C. Scheeler; M. Hingam, cc: P. Rees and P. Charley | AJ-HZ_0043344 |
| Exhibit 5 | N/A | Handwritten Notes | AJ-HZ_0043672 |
| Exhibit 6 | Various | Handwritten Notes | DavisWright_000001; DavisWright_000004; DavisWright_000009 |
| Exhibit 7 | 3/5/2018 | Email from S. Lerner to J. Seiver | |
| Exhibit 8 | 12/4/2015 | Email from D. Davies to T. Condon | AJ-HZ_0025123; AJ-HZ_0025125 |
| Exhibit 9 | 9/6/2017 | Defendants' Objections and Responses to Plaintiffs' First Request for Production of Documents (excerpt) | |
| Exhibit 10 | 12/19/2017 | Davis Wright Tremaine's Objections and Responses to Subpoena *Duces Tecum* | |
| Exhibit 11 | 10/23/2017 | Defendants' Objections and Responses to Plaintiffs' Second Request for Production (excerpt) | |
| Exhibit 12 | 11/4/2017 | Defendants' Objections and Responses to Plaintiffs' First Set of Interrogatories (excerpt) | |
| Exhibit 13 | 12/11/2017 | Defendants' Privilege and Redaction Logs | |
| Exhibit 14 | 1/29/2018 | Defendants' Privilege and Redaction Logs | |
| Exhibit 15 | 2/12/2018 | Letter from S. Lerner to R. Stevens | |
| Exhibit 16 | 3/7/2018 | Letter from S. Lerner to R. Stevens | |
| Exhibit 17 | 3/12/2018 | Letter from S. Lerner to R. Stevens | |
| Exhibit 18 | 3/8/2018 | Letter from T. Toweill to W. Burck | |
| Exhibit 19 | 3/21/2018 | Letter from T. Toweill to W. Burck | |
| Exhibit 20 | 5/7/2018 | Email from Chambers | |
| Exhibit 21 | 12/18/2017 | Plaintiffs' Second Set of Interrogatories | |

Appendix A
List of Exhibits

| Exhibit Number | Date | Description | Beginning Bates Number |
|---|---|---|---|
| Exhibit 22 | Various | Compilation of e-mails between Al Jazeera employees | AJ-HZ_0034326; AJ-HZ_0036100; AJ-HZ_0042575 |
| Exhibit 23 | 4/4/2018 | Transcript of Telephonic Status Conference (excerpt) | |