**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RYAN W. ZIMMERMAN,<br><br>    Plaintiff,<br> v.<br><br>AL JAZEERA AMERICA, LLC, et al.,<br><br>    Defendants. | Case No. 1:16-cv-13-KBJ-RMM |
| RYAN J. HOWARD<br><br>    Plaintiff,<br> v.<br><br>AL JAZEERA AMERICA, LLC, et al.,<br><br>    Defendants. | Case No. 1:16-cv-14-KBJ-RMM |

**MOTION FOR ADMISSION *PRO HAC VICE* OF ALLISON L. MCGUIRE**

  Pursuant to Local Civil Rule 83.2 (c) and (d) of the United States District Court for the District of Columbia, Plaintiffs Ryan W. Zimmerman and Ryan J. Howard ("Plaintiffs") through their undersigned attorneys Quinn Emanuel Urquhart & Sullivan, LLP respectfully move for the admission and appearance of Allison L. McGuire ("Ms. McGuire") as counsel for Plaintiffs in the above-captioned action. In support thereof, Plaintiffs state as follows:

  1. The undersigned attorney, Scott E. Lerner, for Plaintiffs is duly admitted to the Bar of the District of Columbia and is also duly admitted to practice in this Court.

  2. As set forth in the accompanying Declaration of Allison L. McGuire, Ms. McGuire is a member in good standing with the Bars of the State of New York and the District of Columbia.

  3. Ms. McGuire is not currently subject to discipline in any court, nor has she been previously disciplined, suspended, or disbarred in any court.

1

4. Ms. McGuire has never been admitted to practice *pro hac vice* in this Court.

5. Ms. McGuire has reviewed and is familiar with the Court's Local Rules.

6. In accordance with the Court's Local Rules, Ms. McGuire will be associated with a member of the Bar of this Court in appearing in this action on behalf of Plaintiffs.

WHEREFORE, Plaintiffs respectfully move for the admission of Allison L. McGuire *pro hac vice* as counsel for Plaintiffs in the above-captioned matter to perform all functions as counsel in this matter.

Dated:  September 11, 2018                                      Respectfully submitted,
        Washington, D.C.

                                                    /s/ *Scott E. Lerner*
                                                    Scott E. Lerner (#1024964)
                                                    Quinn Emanuel Urquhart & Sullivan, LLP
                                                    1300 I St. NW, Suite 900
                                                    Washington, DC 20005
                                                    Telephone: (202) 538-8000
                                                    Fax: (202) 538-8100
                                                    scottlerner@quinnemanuel.com

                                                    *Counsel for Plaintiffs Ryan W. Zimmerman and Ryan J. Howard*