# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AL JAZEERA AMERICA, LLC, AL JAZEERA MEDIA NETWORK, AL JAZEERA INTERNATIONAL (USA) INC., AND DEBORAH DAVIES<br><br>　　　　Petitioners,<br><br>　　　　vs.<br><br>GIBSON, DUNN & CRUTCHER, LLP.<br><br>　　　　Respondent. | Case Nos.: 1:16-cv-13 (KBJ/RMM)<br>　　　　　　1:16-cv-14 (KBJ/RMM) |

### AL JAZEERA AMERICA, LLC, AL JAZEERA MEDIA NETWORK, AL JAZEERA INTERNATIONAL (USA) INC., AND DEBORAH DAVIES' MOTION FOR LEAVE TO FILE SUR-REPLY IN FURTHER SUPPORT OF MOTIONS TO COMPEL DISCOVERY FROM PHENIX INVESTIGATIONS, INC. AND GIBSON, DUNN & CRUTCHER, LLP

Pursuant to Judge Brown Jackson's General Order, see Appendix To General Order and Guidelines for Civil Cases Before Judge Ketanji Brown Jackson at § 5(a)(v), and as instructed by Magistrate Judge Robin M. Meriweather's September 18, 2018 Minute Order, Al Jazeera America, LLC, Al Jazeera Media Network, Al Jazeera International (USA) Inc., and Deborah Davies ("Petitioners") respectfully request leave to file a four-page sur-reply in further support of Petitioners' Motions to Compel discovery from Phenix Investigations, Inc. ("Phenix") and from Gibson, Dunn & Crutcher LLP ("GDC") (the "Motions"). The Motions are available, respectively, at docket entry No. 1 in 1:18-mc-00045, and docket entry No. 84 in the Underlying Actions.

As described in the Motions, Petitioners sought discovery from Phenix and GDC in connection with Charlie Sly's so-called "recantation" video—on which Plaintiffs in the Underlying Actions heavily rely—since Sly was visited by Phenix investigators Ben Ford and Brian Bauer, who were hired by Peyton and Ashley Mannings' lawyers at GDC, shortly before the video was made. The Motions were filed (and fully briefed) after Phenix and GDC refused to produce any documents, recordings, or communications or appear for depositions in response to Petitioners' subpoenas, arguing, among other things, that production of information about the video should be sought from Sly himself.

Although the Motions demonstrate that Phenix and GDC are required to comply with the subpoenas, Defendants recently received phone records in discovery that reflect extensive communications between Ford and Bauer, and Sly at or around the time the video was created. These records show that they: (a) spoke with Sly for over one hour on the same day that the so-called "recantation" video was posted online; (b) exchanged upwards of ninety (90) text messages following their December 22, 2015 visit to the Sly home; and (c) had multiple additional telephone calls with Sly on or around the dates the video was made. In short, these records further confirm that Phenix and GDC have withheld highly relevant discovery from Defendants.

"'[T]he decision to grant or deny leave to file a surreply is committed to the sound discretion of the court.' In making its decision, the court considers whether the sur-reply is helpful to the adjudication of the motion to dismiss and whether the defendant will be unduly prejudiced if the court grants leave to allow the sur-reply." *Akers v. Beal Bank*, 760 F. Supp. 2d 1, 3 (D.D.C. 2011) (citation omitted); *see also Plunkett v. Dept. of Justice*, 249 F. Supp. 3d 73, 76 (D.D.C. 2017) (permitting sur-reply where additional briefing would benefit the court).

Since Sly has evaded Defendants' extensive efforts to serve him with a subpoena and the phone records were not produced by the time the Motions were fully briefed, Petitioners' requested sur-reply would be helpful to the adjudication of the Motions without any prejudice to non-parties Phenix and GDC.  Accordingly, Petitioners respectfully request leave from the Court to file a supplemental brief of no longer than four pages in support of their Motions, along with the relevant documents, in order for the Court to have a complete record.

                                        Respectfully submitted,

Dated:  September 20, 2018          */s/ Charles Scheeler*
                                        Charles Scheeler
                                        DLA PIPER LLP
                                        The Marbury Building
                                        6225 Smith Avenue
                                        Baltimore, MD 21209-3600
                                        Office: (410) 580-3000
                                        Fax: (410) 580-3001
                                        charles.scheeler@dlapiper.com

                                        Andrew L. Deutsch (admitted pro hac vice)
                                        Michael D. Hynes (admitted pro hac vice)
                                        Rachel Stevens (admitted pro hac vice)
                                        DLA PIPER LLP
                                        1251 Avenue of the Americas
                                        New York, NY 10020
                                        Office: (212) 335-4500
                                        Fax: (212) 335-4501
                                        andrew.deutsch@dlapiper.com
                                        michael.hynes@dlapiper.com
                                        rachel.stevens@dlapiper.com

                                        *Counsel for Al Jazeera America, LLC,*
                                        *Al Jazeera Media Network, Al Jazeera*
                                        *International (USA), Inc., Deborah Davies*