UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN W. ZIMMERMAN,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>AL JAZEERA AMERICA, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 1:16-cv-13-KBJ-RMM |
| RYAN J. HOWARD<br><br>　　　　　Plaintiff,<br>　　v.<br><br>AL JAZEERA AMERICA, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 1:16-cv-14-KBJ-RMM |

**PLAINTIFFS RYAN W. ZIMMERMAN'S AND RYAN J. HOWARD'S EMERGENCY MOTION TO EXPEDITE BRIEFING ON THE EMERGENCY MOTION TO COMPEL THE DEPOSITION OF DR. MOSTEFA SOUAG OR FOR AN EMERGENCY HEARING**

Plaintiff Ryan W. Zimmerman and Ryan J. Howard (collectively "Plaintiffs") submit this Emergency Motion to Expedite Briefing on the Emergency Motion to Compel the Deposition of Dr. Mostefa Souag filed by Plaintiffs on September 25, 2018 that seeks an emergency order compelling Defendants Al Jazeera America, Al Jazeera Media Network, Al Jazeera International (USA), Inc., and Deborah Davies (collectively, "Al Jazeera") to present Dr. Mostefa Souag ("Souag") for a deposition. Alternatively, Plaintiffs request an emergency hearing on this matter so that Souag's deposition can take place prior to the close of fact discovery on October 12, 2018. Through its delay and obfuscation, Al Jazeera has already forced a four (4) month extension to the now sixteen (16) month fact discovery period by refusing to provide relevant discovery. *See* ECF Nos. 69, 98, 107. Should Plaintiffs' Motion not be treated in an emergency, expedited fashion, it

will undoubtedly lead to yet another extension of the case schedule and reward Al Jazeera's continued obstructionist conduct.  Plaintiffs, therefore, request expedited treatment of their motion to compel, which is particularly appropriate here given Al Jazeera's failure to timely move to quash Plaintiffs' valid deposition notices and subpoenas, as well Al Jazeera's weeks-long efforts to string Plaintiffs along with the hope and expectation that Al Jazeera would present Souag for a deposition, only to be told at the eleventh hour that it would not do so.  *See* ECF No. 136-11 at 4.  Alternatively, Plaintiffs request that an emergency hearing be set.[1]

Date:  September 26, 2018

/s/ *William A. Burck .*
William A. Burck (#979677)
Scott E. Lerner (#1024964)
Allison L. McGuire (admitted *pro hac vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8000
Fax: (202) 538-8100
williamburck@quinnemanuel.com
scottlerner@quinnemanuel.com
allisonmcguire@quinnemanuel.com

Robert L. Raskopf (admitted *pro hac vice*)
Kevin S. Reed (admitted *pro hac vice*)
Ellyde R. Thompson (admitted *pro hac vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000

---

[1] It is also worth noting that after filing their motion to compel, Plaintiffs learned from an Internet search that Souag will actually be in Washington, D.C. next week on October 2, 2018 for a one hour luncheon at the National Press Club, which is three blocks from Quinn Emanuel's Washington, D.C.'s office.  *See* https://www.press.org/events/npc-headliners-luncheon-director-general-al-jazeera-dr-mostefa-souag.  Evidently, Al Jazeera's refusal to present Souag for a deposition in Washington, D.C. and force the parties to travel to Doha, Qatar for a deposition was a clear effort to mislead Plaintiffs and to further obstruct their ability to depose Souag.  Regardless, Plaintiffs remain willing to depose Souag in Washington, D.C. or elsewhere on October 2, 2018 or any other date that week or the following week.

Fax: (202) 849-7100
robert.raskopf@quinnemanuel.com
kevinreed@quinnemanuel.com
ellydethompson@quinnemanuel.com

*Counsel for Plaintiff Ryan W. Zimmerman*

/s/ *Andrew D. Herman*
Andrew D. Herman (#462334)
Miller & Chevalier Chartered
900 16th Street NW
Washington, DC 20006
Telephone: (202) 626-5869
Fax: (202) 626-5801
aherman@milchev.com

*Counsel for Plaintiff Ryan J. Howard*

## Certificate of Service

I hereby certify that a copy of **Plaintiffs Ryan W. Zimmerman's And Ryan J Howard's Emergency Motion To Expedite Briefing On The Emergency Motion To Compel The Deposition Of Dr. Mostefa Souag Or For An Emergency Hearing** was served upon the following counsel for Defendants Al Jazeera Media Network, Al Jazeera International (USA) LLC (formerly known as Al Jazeera International (USA), Inc.), Al Jazeera America, LLC, and Deborah Davies on September 26, 2018 at the following e-mail addresses:

Andrew Deutsch—andrew.deutsch@dlapiper.com

Rachel Stevens—rachel.stevens@dlapiper.com

Charles Scheeler—charles.scheeler@dlapiper.com

Michael Hynes—Michael.Hynes@dlapiper.com

Teale Toweill—Teale.Toweill@dlapiper.com

Ellen Dew—Ellem.Dew@dlapiper.com

*/s/ Scott E. Lerner*
Scott E. Lerner