APPENDIX B

**Index of Exhibits to the Declaration of Rachel V. Stevens**

| Exhibit | Description |
|---|---|
| A | Subpoena served on AT&T, 7/17/2018 |
| B | Excerpt of AT&T Mobility Print Out |
| C | Accurint Search Results |
| D | Indian Business Entity Report for Bauer Ventures, LLC |
| E | Phenix Investigations Our Team Webpage |
| F | Excerpt of Benjamin Alan Ford Accurint Report |
| G | Benjamin Ford ACFE Report |
| H | Email from Charlie Sly to Deborah Davies and Bob Corn-Revere, 12/24/2015 |
| I | Email from Ryan Grim to Clayton Swisher, 12/15/2015 |
| J | Email from Charlie Sly to Bob Corn-Revere and Deborah Davies, 12/26/2015 |