**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AL JAZEERA AMERICA, LLC, AL JAZEERA MEDIA NETWORK, AL JAZEERA INTERNATIONAL (USA) INC., AND DEBORAH DAVIES<br><br>    Petitioners,<br><br>vs.<br><br>PHENIX INVESTIGATIONS, INC.<br><br>    Respondent. | Case No. 1:18-MC-00045 (KBJ)(RMM)<br><br>Related Cases: 1:16-cv-13 (KBJ)(RMM)<br>                    1:16-cv-14 (KBJ)(RMM) |
| AL JAZEERA AMERICA, LLC, AL JAZEERA MEDIA NETWORK, AL JAZEERA INTERNATIONAL (USA) INC., AND DEBORAH DAVIES<br><br>    Petitioners,<br><br>vs.<br><br>GIBSON, DUNN & CRUTCHER, LLP.<br><br>    Respondent. | Case Nos.: 1:16-cv-13 (KBJ)(RMM)<br>             1:16-cv-14 (KBJ)(RMM) |

**NOTICE OF ERRATA**

Upon review of the publicly filed documents in the referenced matters, Petitioners realized that they had inadvertently failed to redact, from Appendix A [16-cv-13, ECF No. 140-1; 18-mc-45, ECF No. 22-1,] and Exhibit B [16-cv-13, ECF No. 140-5; 18-mc-45, ECF No. 22-5] three of the phone numbers they had intended to redact.  In order to accomplish the complete redactions intended by Petitioners, Petitioners respectfully request that the Clerk be directed to

replace Appendix A [16-cv-13, ECF No. 140-1; 18-mc-45, ECF No. 22-1,] and Exhibit B [16-cv-13, ECF No. 140-5; 18-mc-45, ECF No. 22-5] with the attached properly redacted versions.

Respectfully submitted.

Dated: October 1, 2018

/s/ *Charles Scheeler*
Andrew L. Deutsch (admitted pro hac vice)
Rachel Stevens (admitted pro hac vice)
DLA PIPER LLP
 1251 Avenue of the Americas
New York, NY 10020
Office: (212) 335-4500
Fax: (212) 335-4501
andrew.deutsch@dlapiper.com
rachel.stevens@dlapiper.com

Charles Scheeler
DLA PIPER LLP
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209-3600
Office: (410) 580-3000
Fax: (410) 580-3001
charles.scheeler@dlapiper.com

*Counsel for Defendants Al Jazeera America, LLC, Al Jazeera Media Network, Al Jazeera International (USA), Inc., Deborah Davies*