APPENDIX A

**Index of Exhibits to the Declaration of Teale Toweill**

| Exhibit | Description |
|---|---|
| A | Documentary Transcript |
| B | Excerpt of AT&T Mobility Print Out |
| C | Email from Charlie Sly, 12/24/2015 |
| D | Email from Charlie Sly, 12/26/2015 |
| E | Compilation of emails |
| F | Excerpt of Al Jazeera's Editorial Standards |
| G | Compilation of emails |
| H | Excerpt of Al Jazeera's privilege log |
| I | Email dated 3/22/2018 |
| J | Email from Scott Lerner to Michael Hynes, 8/23/2018 |
| K | Excerpt of Deposition Transcript of Al Antsey, 9/6/2018 |
| L | Excerpt of Deposition Transcript of Clayton Swisher, 9/21/2018 |
| M | Excerpt of Deposition Transcript of Kevin Hirten, 9/13/2018 |
| N | Excerpt of Rough Deposition Transcript of Deborah Davies, 9/28/2018 |
| O | Notice of Deposition Dr. Souag, 7/16/2018 |
| P | Letter from Al Jazeera Defendants to Plaintiffs, 7/27/2018 |
| Q | Email from Plaintiffs to Al Jazeera Defendants, 7/27/2018 |
| R | Email from Al Jazeera Defendants to Plaintiffs, 8/1/2018 |
| S | Email from Plaintiffs to Al Jazeera Defendants, 8/7/2018 |
| T | Letter from Al Jazeera Defendants to Plaintiffs, 8/9/2018 |
| U | Email from Plaintiffs to Al Jazeera Defendants, 9/24/2018 |
| V | Letter from Al Jazeera Defendants to Plaintiffs, 10/1/2018 |