UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN W. ZIMMERMAN *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Case Number 16-00013 (KBJ/RMM)<br>) |
| AL JAZEERA AMERICA, LLC *et al.*, | )<br>) |
| Defendants. | )<br>) |

**ORDER**

The Amended Scheduling Order Governing Discovery ("Scheduling Order") [ECF No. 129] sets deadlines pertinent to expert discovery and the identification of trial witnesses on dates between October 12, 2018 and December 21, 2018. Defendants seek a thirty-day enlargement of those deadlines and assert that the pendency of several discovery motions, the resolution of which may lead to the production of additional discovery, provides good cause to grant such an extension. *See* Defs.' Emergency Mot. to Modify the Am. Scheduling Order Governing Disc., ECF No. 152. Plaintiffs partially oppose that motion, and propose that the pertinent deadlines be extended by only fourteen days. *See* Pls.' Partial Opp'n to Defs.' Emergency Mot. to Modify the Am. Scheduling Order Governing Disc., ECF No. 154.

The deadlines that Defendants seek to extend originally were set for dates after the conclusion of fact discovery. *See* Scheduling Order at 1–2. However, the Court recently extended the period for conducting certain depositions through October 31, 2018 — after the current deadline for the identification of expert witnesses. Further, fact discovery is unlikely to be truly complete until the pending discovery motions have been resolved. Therefore, the Court will extend the deadline for identifying opening expert witnesses to November 7, 2018, and will

stay the remaining deadlines related to expert discovery pending resolution of the pending discovery motions. If the Court's resolution of any pending discovery motion requires either party to produce additional discovery, the parties may supplement their expert witness list to add witnesses whose testimony will be germane to topics addressed in those supplemental productions.

The Court will also extend the deadline for exchanging a preliminary list of trial witnesses by two weeks, to November 16, 2018. If the Court's resolution of any pending discovery motion requires either party to produce additional discovery, the parties may supplement their preliminary trial witness list to add witnesses whose testimony will be germane to topics addressed in those supplemental productions.

For the foregoing reasons, the Court hereby **GRANTS-IN-PART** Defendants' Emergency Motion to Modify the Amended Scheduling Order Governing Discovery [ECF No. 152] and **ORDERS** that the Amended Scheduling Order [ECF No. 129], as amended by Minute Order dated October 5, 2018, is hereby further modified as follows:

| Event | Date |
|---|---|
| Completion of fact discovery (excluding depositions in Doha, Qatar and fact discovery subject to a motion to compel or motion for protective order filed on or before this date) | October 12, 2018 |
| Identification of opening expert witnesses | November 7, 2018 |
| Exchange of preliminary list of trial witnesses (any fact witness disclosed on this list who has not already been deposed can be deposed within 30 days following this witness designation) | November 16, 2018 |
| Exchange of opening expert reports and production of all materials relied upon by experts | Stayed pending resolution of discovery motions |

| Event | Date |
|---|---|
| Identification of rebuttal expert witnesses | Stayed pending resolution of discovery motions |
| Exchange of rebuttal expert reports and production of all materials relied upon in rebuttal expert reports and not produced previously by the parties | Stayed pending resolution of discovery motions |
| Completion of expert discovery, including expert depositions | Stayed pending resolution of discovery motions |

**SO ORDERED** this 12th day of October, 2018.

_____
ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE