# Exhibit C



Redacted

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

AJ-HZ_0042260



HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER