**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AL JAZEERA AMERICA, LLC, AL JAZEERA MEDIA NETWORK, AL JAZEERA INTERNATIONAL (USA) INC., AND DEBORAH DAVIES<br><br>    Petitioners,<br><br>vs.<br><br>PHENIX INVESTIGATIONS, INC.<br><br>    Respondent. | Case No. 1:18-MC-00045 (KBJ)(RMM)<br><br>Related Cases: 1:16-cv-13 (KBJ)(RMM)<br>                           1:16-cv-14 (KBJ)(RMM) |
| AL JAZEERA AMERICA, LLC, AL JAZEERA MEDIA NETWORK, AL JAZEERA INTERNATIONAL (USA) INC., AND DEBORAH DAVIES<br><br>    Petitioners,<br><br>vs.<br><br>GIBSON, DUNN & CRUTCHER, LLP.<br><br>    Respondent. | Case Nos.: 1:16-cv-13 (KBJ)(RMM)<br>               1:16-cv-14 (KBJ)(RMM) |

**PETITIONERS' NOTICE OF OBJECTION
TO UNSEALING DOCKET ENTRY 140**

      Pursuant to the Court's November 13, 2018 Minute Order regarding the sur-replies filed as ECF Docket Entry Nos. 140 and 141, Petitioners (who are Defendants in the main Docket, 16-cv-13) provide the following notice to the Court objecting to unsealing ECF No. 140, and

respectfully request permission to file instead corrected redacted sur-reply papers in both referenced dockets (16-cv-13 and 18-mc-45).

Following their filing of the redacted sur-replies in the referenced matters, Petitioners realized that they had inadvertently failed to redact, from Appendix A (16-cv-13, ECF No. 140-1; 18-mc-45, ECF No. 22-1) and Exhibit B (16-cv-13, ECF No. 140-5; 18-mc-45, ECF No. 22-5), three of the phone numbers they had intended to redact in an abundance of caution in order to protect the people associated with those numbers.  In order to accomplish the complete redactions intended by Petitioners, Petitioners filed an Errata on October 1, 2018 in both dockets providing the Court with properly redacted replacements for Appendix A and Exhibit B.  (*See* 16-cv-13, ECF No. 142; 18-mc-45, ECF No. 24.)  The sur-replies filed by Petitioners on September 28, 2018 as 16-cv-13, ECF No. 140 and 18-mc-45, ECF No. 22—which have been sealed by the Court—should not be filed on the public docket because, as noted above, they include incomplete redactions.  Instead, Petitioners respectfully request permission to filed a corrected set of redacted sur-reply papers in place of the sur-replies filed as 16-cv-13, ECF No. 140 and 18-mc-45, ECF No. 22.

      Respectfully submitted.

Dated:  November 14, 2018      /s/ *Charles Scheeler*
      Charles Scheeler
      DLA PIPER LLP
      The Marbury Building
      6225 Smith Avenue
      Baltimore, MD 21209-3600
      Office: (410) 580-3000
      Fax: (410) 580-3001
      charles.scheeler@dlapiper.com

      Andrew L. Deutsch (admitted pro hac vice)
      Rachel Stevens (admitted pro hac vice)

DLA PIPER LLP
 1251 Avenue of the Americas
New York, NY 10020
Office: (212) 335-4500

Fax: (212) 335-4501
andrew.deutsch@dlapiper.com
rachel.stevens@dlapiper.com

*Counsel for Defendants Al Jazeera America, LLC, Al Jazeera Media Network, Al Jazeera International (USA), Inc., Deborah Davies*