**Appendix A**
**Index of Exhibits**

| Exhibit | Document |
|---|---|
| 1. | Plaintiff Ryan J. Howard's Preliminary Trial Witness Disclosures |
| 2. | Plaintiff Ryan W. Zimmerman's Preliminary Trial Witness Disclosures |
| 3. | November 26, 2018 Letter from Matthew Graves to William Burck |
| 4. | November 28, 2018 E-mail from Scott Lerner to Matthew Graves |