IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AL JAZEERA AMERICA, LLC, AL JAZEERA MEDIA NETWORK, AL JAZEERA INTERNATIONAL (USA) INC., AND DEBORAH DAVIES<br><br>Petitioners,<br><br>vs.<br><br>GIBSON, DUNN & CRUTCHER LLP<br><br>Respondent. | Civil Action<br>No. 16-cv-13 (KBJ/RMM)<br>No. 16-cv-14 (KBJ/RMM) |

### GIBSON, DUNN & CRUTCHER LLP'S OPPOSITION TO PETITIONERS' MOTION TO COMPEL DISCOVERY AND CROSS-MOTIONS TO QUASH PETITIONERS' SUBPOENAS AND FOR PROTECTIVE ORDER

Pursuant to Rule 26(b)(1) of the Federal Rules of Civil Procedure, non-party Gibson, Dunn & Crutcher LLP ("Gibson Dunn" or "Respondent") opposes the Motion to Compel Discovery From Gibson, Dunn & Crutcher LLP (the "Motion to Compel") filed by Al Jazeera America LLC, Al Jazeera Media Network, Al Jazeera International (USA) Inc., and Deborah Davies (collectively, "Al Jazeera" or "Petitioners").  Further, pursuant to Rule 45(d)(3) of the Federal Rules of Civil Procedure, Gibson Dunn respectfully requests that the Court grant this Motion to Quash Petitioners' Subpoenas and for Protective Order.  The third-party subpoenas served on Gibson Dunn seek privileged, irrelevant, and statutorily protected information, as well as information that is already in the possession of Al Jazeera, about non-parties to this dispute. As a result, the subpoenas are not reasonably likely to lead to the discovery of information that is relevant to any of the claims or defenses at issue in this case, and should be quashed.  The

accompanying Memorandum of Law sets forth in greater detail the grounds supporting Gibson Dunn's opposition to Petitioner's Motion to Compel and its Motion to Quash.

Pursuant to Local Rule 7(m), counsel for Petitioners and Respondent have met and conferred to attempt to resolve this discovery dispute related to non-parties, as detailed in the accompanying Memorandum of Law and Declaration of Edward C. Patterson.  This Motion and its supporting documents are filed under seal, in accordance with Magistrate Judge Meriweather's Order dated February 16, 2018 and amended *nunc pro tunc* on February 23, 2018.

Dated:  March 16, 2018

                                        Respectfully submitted,

                                        /s/  Matthew D. McGill

                                        Matthew D. McGill (D.C. Bar # 481430)
                                        Chantale Fiebig (D.C. Bar # 487671)
                                        Edward C. Patterson (D.C. Bar # 1023902)
                                        GIBSON, DUNN & CRUTCHER LLP
                                        1050 Connecticut Avenue NW
                                        Washington, D.C. 20036
                                        (202) 887-3680

                                        *Attorneys for Non-Party*
                                        *Gibson, Dunn & Crutcher LLP*