IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AL JAZEERA AMERICA, LLC, AL JAZEERA MEDIA NETWORK, AL JAZEERA INTERNATIONAL (USA) INC., AND DEBORAH DAVIES<br><br>Petitioners,<br><br>vs.<br><br>GIBSON, DUNN & CRUTCHER LLP<br><br>Respondent. | Civil Action<br>No. 16-cv-13 (KBJ/RMM)<br>No. 16-cv-14 (KBJ/RMM) |

### DECLARATION OF EDWARD C. PATTERSON IN SUPPORT OF GIBSON, DUNN & CRUTCHER LLP'S OPPOSITION TO PETITIONERS' MOTION TO COMPEL DISCOVERY AND CROSS-MOTIONS TO QUASH PETITIONERS' SUBPOENAS AND FOR PROTECTIVE ORDER

I, Edward C. Patterson, hereby declare as follows:

1. I am an attorney licensed in the District of Columbia and the State of California, and am an associate attorney at Gibson, Dunn & Crutcher LLP ("Gibson Dunn"), the Respondent in the above-captioned actions and a non-party to the underlying litigation in this Court involving Al Jazeera America, LLC, Al Jazeera Media Network, Al Jazeera International (USA) Inc., and Deborah Davies (collectively, "Al Jazeera" or "Petitioners"), *Zimmerman v. Al Jazeera America, LLC et al.*, 1:16-cv-00013. I have personal knowledge of the facts set forth below.

2. I submit this Declaration in support of Gibson Dunn's opposition to Al Jazeera's motion to compel discovery and cross-motions to quash Al Jazeera's subpoenas and for a protective order.

3.  On December 4, 2015, Thomas Condon, Peyton Manning's agent, received two separate emails from Deborah Davies, a reporter for Al Jazeera. The emails were addressed separately to Peyton and Ashley Manning and contained a number of allegations related to the use of human growth hormone ("HGH") by Peyton Manning. True and correct copies of those emails are attached hereto as Exhibits 1 and 2.

4.  The Mannings retained Gibson Dunn to formulate a legal strategy and response to Al Jazeera's inflammatory claims. The Mannings also retained a public relations firm, Ari Fleischer Communications, Inc. ("Fleischer Communications"), and an investigative firm, Phenix Investigations, Inc. ("Phenix") to assist Gibson Dunn in the Mannings' response to Al Jazeera's allegations.

5.  Almost two years after "The Dark Side" aired, Al Jazeera served a subpoena on non-party Gibson Dunn, dated September 28, 2017 (the "Gibson Dunn Subpoena"), in connection with the underlying litigation in this Court, which involves claims for libel and false light invasion of privacy brought against Al Jazeera by two professional baseball players, Ryan Zimmerman and Ryan Howard.

6.  The subpoena sought eleven different categories of documents related to Gibson Dunn's legal representation of the Mannings. On February 13, 2018, Al Jazeera served an amended subpoena on Gibson Dunn (the "Amended Gibson Dunn Subpoena"), changing the place of compliance from New York to Washington, D.C. (the subpoenas were otherwise identical). True and correct copies of the Gibson Dunn Subpoena and the Amended Gibson Dunn Subpoena are attached hereto as Exhibits 3 and 6.

7.  Gibson Dunn served its responses and objections to the Gibson Dunn Subpoena. A true and correct copy of Gibson Dunn's November 10, 2017 Responses and Objections is attached hereto as Exhibit 4.

8.  Gibson Dunn also served responses and objections to the Amended Gibson Dunn Subpoena. A true and correct copy of Gibson Dunn's February 27, 2018 Responses and Objections is attached hereto as Exhibit 7.

9.  On December 8, 2017, counsel for Al Jazeera, DLA Piper LLP (US) ("DLA") sent a letter addressed to Gibson Dunn requesting a meet-and-confer to discuss Gibson Dunn's response to the subpoena. DLA identified one category of documents in which Al Jazeera was particularly interested: "[a]ny documents relating to [Al Jazeera's source, Charles Sly's] 'recantation,'" which she described as "relevant." A true and correct copy of DLA' December 8, 2017 letter is attached hereto as Exhibit 14.

10.  Gibson Dunn responded on December 20, 2017 and reiterated that, after a review of documents, Gibson Dunn had concluded that the only responsive and relevant non-privileged documents were ones that were already in the possession, custody, or control of Al Jazeera. A true and correct copy of Gibson Dunn's December 20, 2017 letter is attached hereto as Exhibit 15.

11.  Also in early December, Al Jazeera served two additional subpoenas on Fleischer Communications and Phenix, seeking documents substantially similar to those sought by the Gibson Dunn Subpoena. Both additional subpoenas were dated December 1, 2017. True and correct copies of Al Jazeera's subpoenas dated December 1, 2017 are attached hereto as Exhibits 8 and 11.

3

12. Gibson Dunn served responses and objections to the Fleischer Communications subpoena on December 21, 2017, and Hugh Koss, co-counsel representing Phenix, served responses and objections to the Phenix subpoena on December 29, 2017. True and correct copies of both sets of responses and objections to the subpoenas dated December 1, 2017 are attached hereto as Exhibits 9 and 12.

13. Counsel for Gibson Dunn and Al Jazeera met and conferred on December 21, 2017. DLA explained that Al Jazeera viewed as particularly relevant those materials relating to: (1) pre-broadcast conversations between Matthew D. McGill, a partner at Gibson Dunn, and attorneys at Davis Wright Tremaine LLP ("Davis Wright Tremaine"), relating to Ashley Manning's private medical history, and (2) Gibson Dunn's and Phenix's interaction with Sly, in particular as they related to Sly's December 24, 2015 recantation video.

14. The next meet-and-confer took place on January 4, 2018. Counsel for Gibson Dunn explained that Gibson Dunn was willing to discuss a possible compromise, which could include the production of documents and a stipulation regarding McGill's conversations with Davis Wright Tremaine. McGill also asked DLA what facts Al Jazeera might like to see in a stipulation. Reading from notes, counsel for Al Jazeera then detailed information that McGill had provided to Davis Wright Tremaine in December 2015, including very detailed information about Ashley Manning's medical treatment.

15. On January 9, 2018, Gibson Dunn sent a letter to DLA addressing certain points from the most recent meet-and-confer. A true and correct copy of Gibson Dunn's January 9, 2018 letter is attached hereto as Exhibit 16.

16.     DLA responded to this letter on January 10, 2018. A true and correct copy of DLA's January 10, 2018 letter is attached hereto as Exhibit 17. Al Jazeera continued to demand discovery in their possession, or discovery that was otherwise improper.

17.     The final meet-and-confer took place on January 17, 2018. Gibson Dunn offered the following as a compromise position: (1) all non-privileged documents related to Sly; (2) a deposition by written question (in accordance with Rule 31 of the Federal Rules of Civil Procedure) of the most knowledgeable Phenix investigator, and (3) a stipulation, to be filed under seal, detailing the uncontested facts (already in Al Jazeera's possession) regarding McGill's conversations with Davis Wright Tremaine. In exchange, the Mannings requested that all further discovery related to them cease. This offer substantially satisfied the request outlined in DLA's communications with Gibson Dunn, but Al Jazeera has never responded to this offer of compromise.

18.     After approximately three weeks had passed, and without addressing Gibson Dunn's most recent offer of compromise, Al Jazeera served two additional subpoenas, both for depositions, on February 9, 2018. One was served on Phenix, the other was served on McGill. True and correct copies of the deposition subpoenas dated February 9, 2018 are attached hereto as Exhibits 5 and 10.

19.     Al Jazeera has now moved to compel discovery from Gibson Dunn and Phenix (the latter in the Southern District for Indiana), despite Gibson Dunn's effort to reach a compromise satisfactory to all parties to this discovery dispute, and to Gibson Dunn's clients, the Mannings.

      I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 16th day of March, 2018
Washington, D.C.

                                                        _____
Edward C. Patterson (D.C. Bar # 1023902)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue NW
Washington, D.C. 20036
(202) 887-3756

6