# Exhibit 1

No. 16-cv-13 (KBJ/RMM)

| | |
|---|---|
| **From:** | Deborah Davies </O=ALJAZEERA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DEBRA DAVIESDD0> |
| **Sent:** | Friday, December 4, 2015 7:02 PM |
| **To:** | tcondon@caa.com |
| **Subject:** | URGENT - enquiry from Al Jazeera - Peyton Manning |

By email and by registered mail

Friday December 4, 2015

Dear Tom Condon,

Peyton Manning

My name is Deborah Davies and I am a reporter with the Al Jazeera Investigative Unit, in Washington, DC.  I am writing to you in your capacity as agent for Peyton Manning and request that you pass this letter to him as a matter of urgency.

We are currently producing a program about the use of performance enhancing drugs in North American sport, which will be broadcast later this month.

We seek your client's response to the following matters, which we are proposing to include in the program.

Our investigation has involved obtaining video and audio footage.  The footage clearly shows the following:

- A source stating that Peyton Manning and his wife, Ashley bought human growth hormone, HGH from the Guyer Clinic in Indianapolis
- The source stating the HGH was shipped to various locations in the US, including Florida, under Ashley Manning's name
- The source implying that the HGH was for Peyton Manning's use
- The source suggesting that Peyton Manning spent up to $20,000 a month on HGH and used up to 20 IU's a day
- The source suggesting that excessive use of HGH has resulted in bone development in Peyton Manning's forehead.

Should your client wish to provide a response to these matters, we ask that this be forthcoming within 10 days of today's date, that is, by no later than 5pm on December 14, 2015.

We are writing separately to Ashley Manning to seek her responses to the above matters.


Yours sincerely

Deborah Davies



Deborah Davies
Reporter
Investigative Unit
Al Jazeera Media Network
1200 New Hampshire Avenue NW
Washington
DC 20036