# Exhibit 2

## No. 16-cv-13 (KBJ/RMM)

| | |
|---|---|
| From: | Deborah Davies </O=ALJAZEERA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DEBRA DAVIESDD0> |
| Sent: | Friday, December 4, 2015 7:01 PM |
| To: | tcondon@caa.com |
| Subject: | URGENT - enquiry from Al Jazeera - Ashley Manning |

By email and by registered mail

Friday 4th December 2015

Dear Tom Condon,

Ashley Manning

My name is Deborah Davies and I am a reporter with the Al Jazeera Investigative Unit, in Washington, DC.  I am writing to you in your capacity as representative for Ashley Manning and request that you pass this letter to her as a matter of urgency.

We are currently producing a documentary about the use of performance enhancing drugs in North American sport, which will be broadcast later this month.

We seek your client's response to certain matters, which we are proposing to include in the program.

Our investigation has involved obtaining video and audio footage.  The footage clearly shows the following:

- A source stating that Ashley Manning and her husband Peyton bought human growth hormone( HGH)  from the Guyer Clinic in Indianapolis
- The source stating that the HGH was shipped to various locations in the US, including Florida, under Ashley Manning's name
- The source implying that the HGH was for Peyton Manning's use
- The source suggesting Peyton Manning spent up to $20,000 a month on HGH and used up to 20 IU's a day
- The source suggesting that excessive use of HGH has resulted in bone development in Peyton Manning's forehead.

Should your client wish to provide a response to these matters, we ask that this be forthcoming within 10 days of today's date, that is, by no later than 5pm on December 14, 2015.

We are writing separately to Peyton Manning to seek his responses to the above matters.


Yours sincerely



Deborah Davies
Reporter
Investigative Unit
Al Jazeera Media Network
1200 New Hampshire Avenue NW
Washington
DC 20036