IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AL JAZEERA AMERICA, LLC, AL JAZEERA MEDIA NETWORK, AL JAZEERA INTERNATIONAL (USA) INC., AND DEBORAH DAVIES<br><br>Petitioners,<br><br>vs.<br><br>GIBSON, DUNN & CRUTCHER LLP<br><br>Respondent. | Civil Action<br>No. 16-cv-13 (KBJ/RMM)<br>No. 16-cv-14 (KBJ/RMM) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Matthew D. McGill, who is admitted to practice in this Court, hereby appears as counsel for the Respondent, Gibson, Dunn & Crutcher LLP and requests that all papers in the action be served upon the undersigned at the address stated below.

Dated: September 8, 2021

Respectfully submitted,

/s/  Matthew D. McGill

Matthew D. McGill (D.C. Bar # 481430)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue NW
Washington, D.C. 20036
(202) 887-3680
MMcGill@gibsondunn.com

*Attorney for Respondent*
*Gibson, Dunn & Crutcher LLP*