**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AL JAZEERA AMERICA, LLC, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GIBSON, DUNN & CRUTCHER, LLP, <br><br> Respondent. | Case No. 16-cv-13 (KBJ/RMM) <br> Case No. 16-cv-14 (KBJ/RMM) <br><br> Related Case No. 18-mc-45 (RMM) |
| AL JAZEERA AMERICA, LLC, *et al.,* <br><br> Petitioners, <br><br> v. <br><br> PHENIX INVESTIGATIONS, INC., <br><br> Respondent. | Case No. 18-mc-45 (RMM) <br><br> Related Case No. 16-cv-13 (KBJ/RMM) <br> Related Case No. 16-cv-14 (KBJ/RMM) |

## JOINT STATUS REPORT

Pursuant to the Court's September 7, 2021 Order, Petitioners Al Jazeera America, LLC, Al Jazeera Media Network, and Al Jazeera International (USA), Inc. (collectively, "Al Jazeera"), together with Respondents Gibson, Dunn & Crutcher LLP ("Gibson Dunn") and Phenix Investigations, Inc. ("Phenix"), respectfully submit this Joint Status Report and proposed discovery schedule.

Counsel for Al Jazeera, Gibson Dunn, and Phenix met and conferred on September 15, 2021, and have agreed to the following discovery schedule:

(1) Gibson Dunn and Phenix are each in the process of collecting and reviewing documents that this Court has ordered them to produce. Both Gibson Dunn and/or Phenix agree to make an initial document production on or before October 25, 2021;

(2) following the initial production, Gibson Dunn and/or Phenix will each produce the remaining documents on a rolling basis by November 22, 2021;

(3) following the completion of the document production, Gibson Dunn and/or Phenix will produce a privilege log identifying any documents withheld on the basis of privilege by December 6, 2021;

(4) Counsel for Al Jazeera, Gibson Dunn, and Phenix will meet and confer regarding any outstanding documents or issues relating to the productions by December 13, 2021; and

(5) the deposition(s) of Phenix's Rule 30(b)(6) witness(es) will be scheduled to occur before December 22, 2021, or within 30 days of the final document production, whichever is later.

The Parties agree to meet and confer as needed regarding adjustments to this proposed schedule and mutually agree that neither party will object to reasonable requests to modify the dates identified above.

**[SIGNATURES ON THE FOLLOWING PAGE]**

Dated: September 21, 2021

| | |
|---|---|
| By: /s/ Matthew D. McGill | By: /s/ Jonathan W. Haray |

Matthew D. McGill
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone:  202.887.3680
Facsimile:

Edward C. Patterson
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone:  202.887.3756
Facsimile:   202.530.9586

Jonathan W. Haray
DLA PIPER LLP (US)
500 Eighth Street, NW
Washington, DC  20004
Telephone:  202.799.4350
Facsimile:   202.799.5340

Michael Hynes (*admitted pro hac vice*)
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone:  212.335.4942
Facsimile:   212.884.8642

Ellen Dew (*admitted pro hac vice*)
DLA PIPER LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
Telephone:  414.580.4127
Facsimile:   410.580.3127

*Attorneys for Petitioners*