IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AL JAZEERA AMERICA, LLC, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GIBSON, DUNN & CRUTCHER, LLP,<br><br>Respondent. | Case No. 16-cv-13 (KBJ/RMM)<br>Case No. 16-cv-14 (KBJ/RMM)<br><br>Related Case No. 18-mc-45 (RMM) |
| AL JAZEERA AMERICA, LLC, *et al.,*<br><br>Petitioners,<br><br>v.<br><br>PHENIX INVESTIGATIONS, INC.,<br><br>Respondent. | Case No. 18-mc-45 (RMM)<br><br>Related Case No. 16-cv-13 (KBJ/RMM)<br>Related Case No. 16-cv-14 (KBJ/RMM) |

**JOINT STATUS REPORT**

Pursuant to the Court's September 9, 2021 Minute Order, Petitioners Al Jazeera America, LLC, Al Jazeera Media Network, and Al Jazeera International (USA), Inc. (collectively, "Al Jazeera"), together with Respondents Gibson, Dunn & Crutcher LLP ("Gibson Dunn") and Phenix Investigations, Inc. ("Phenix"), respectfully submit this Joint Status Report.

Gibson Dunn and Phenix accept all of the Court's proposed redactions to its September 7, 2021 memorandum opinion, which was filed under seal.  *See* 16-cv-13, ECF No. 198; 18-mc-45, ECF No. 31.  Al Jazeera takes no position on the redactions proposed by the Court.  The parties do not have any further redactions to propose.

**[SIGNATURES ON THE FOLLOWING PAGE]**

Dated: September 23, 2021

| | |
|---|---|
| By: /s/ *Matthew D. McGill* | By: /s/ *Jonathan W. Haray* |

Matthew D. McGill
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone:  202.887.3680
Facsimile:   202.530.9662

Edward C. Patterson
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone:  202.887.3756
Facsimile:   202.530.9586

*Attorneys for Respondents*

Jonathan W. Haray
DLA PIPER LLP (US)
500 Eighth Street, NW
Washington, DC  20004
Telephone:  202.799.4350
Facsimile:   202.799.5340

Michael Hynes (*admitted pro hac vice*)
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone:  212.335.4942
Facsimile:   212.884.8642

Ellen Dew (*admitted pro hac vice*)
DLA PIPER LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
Telephone:  414.580.4127
Facsimile:   410.580.3127

*Attorneys for Petitioners*