# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN W. ZIMMERMAN,<br><br>    Plaintiff,<br>v.<br><br>AL JAZEERA AMERICA, LLC, *et al.*,<br><br>    Defendants. | Case No. 1:16-cv-00013-JMC-RMM (D.D.C.) |
| RYAN J. HOWARD,<br><br>    Plaintiff,<br>v.<br><br>AL JAZEERA AMERICA, LLC, *et al.*,<br><br>    Defendants. | Case No. 1:16-cv-00014-JMC-RMM (D.D.C.) |

## **STIPULATION OF VOLUNTARY DISMISSAL**

Plaintiffs Ryan W. Zimmerman and Ryan J. Howard (collectively, "Plaintiffs") and Defendants Al Jazeera America, LLC, Al Jazeera International (USA), Inc., Al Jazeera Media Network, and Deborah Davies (collectively, "Defendants"), respectfully stipulate and request that the Court enter an order as follows pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. Plaintiffs voluntarily dismiss their claims against Defendants with prejudice.

2. Defendants have filed an answer in this case, but have not filed any counterclaims against Plaintiffs.  *See* ECF No. 46.

3. Each party is to bear its own fees and costs.

4. This case should therefore be dismissed and all pending motions denied as moot.

| | |
|---|---|
| Dated:  September 8, 2023 | Respectfully submitted, |
| /s/ Ellen E. Dew | /s/ Ellyde R. Thompson |
| Courtney Saleski<br>DLA PIPER LLP (US)<br>500 Eighth Street, NW<br>Washington, D.C. 20004<br>202-799-4000<br>courtney.saleski@dlapiper.com<br><br>Michael Hynes (admitted *pro hac vice*)<br>DLA PIPER LLP<br>1251 Avenue of the Americas<br>45th Floor<br>New York, NY 10020<br>(212) 335-4500<br>Fax: (212) 335-4501<br>Michael.hynes@dlapiper.com<br><br>Ellen E. Dew (admitted *pro hac vice*)<br>DLA PIPER LLP (US)<br>6225 Smith Avenue<br>Baltimore, MD 21209<br>410-580-4127<br>Fax: 410-580-3127<br>ellen.dew@dlapiper.com<br><br>*Attorneys for Defendants Al Jazeera America, LLC, Al Jazeera International (USA), Inc., Al Jazeera Media Network, and Deborah Davies* | William A. Burck (#979677)<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>1300 I Street NW, Suite 900<br>Washington, DC 20005<br>Telephone: (202) 538-8000<br>Fax: (202) 538-8100<br>william.burck@quinnemanuel.com<br><br>Kevin S. Reed (admitted *pro hac vice*)<br>Ellyde R. Thompson (admitted *pro hac vice*)<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Fax: (202) 849-7100<br>kevinreed@quinnemanuel.com<br>ellydethompson@quinnemanuel.com<br><br>*Attorneys for Plaintiffs Ryan W. Zimmerman and Ryan J. Howard* |